FR: SCHOPPE-RICO, J.
PELICAN BAY STATE PRISON
C.D.C #V-11328
ASU - A04 L.
P.O. BOX # 7500
CRESCENT CITY, CA. 95532

TO: CLERKS OFFICE.
U.S. DISTRICT COURT OF
THE NORTHERN DISTRICT OF CALIFORNIA.
450 GOLDEN GATE AVE. 16th FLOOR
SAN FRANCISCO. CA. 94102.

RECEIVED
APR 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 4-14-08.

C-07-5416 JSW

IN RE: SCHOPPE-RICO, J. VS. ROBERT A. HOREL, (P.B.S.P. WARDEN) CASE NO: C-07-5116. JS. CRW

NOTE: I SWEAR AND DECLARE UNDER PENALTY OF PERJURY / THE FOREGOING IS TRUE AND CORRECT. ENTIRELY. EXECUTED HERE IN CRESCENT CITY ON 4.14.08.

X (signed) John W Schoppe-Rico
in Pro-SE

DEAR. CLERK.
PROFOUND GREETINGS. I EXTEND TO YOU. I'M WRITING IN REGARDS IN, AN OUTSIDE SOURCE NOTIFIED ME THAT, I HAD A COURT DEADLINE. I NEVER RECEIVED SAID "COURT ORDER" OR "DECISION" IN THE MAIL AT THIS INSTITUTION. I'M IN CUSTODY AT. THE STAFF HERE ARE VERY EXTREMELY TERRIBLE WITH LEGAL MAIL. THEY INTENTIONALLY WITHHOLD LEGAL MAIL OR LOSE IT. SO I HEREBY AM REQUESTING AN OTHER COPY TO BE MAILED TO ME. AS SOON AS POSSIBLE OF SAID "COURT ORDER", IN MY CASE LISTED ABOVE, TO NOTIFY THE LAW LIBRARY STAFF AND PROPER AUTHORITY. TO GIVE ME ACCESS TO THE COURTS THAT I'M BEING DENIED AT THE TIME, IN VIOLATION OF MY CONSTITUTIONAL RIGHTS. AND CALIFORNIAS DEPARTMENT OF CORRECTIONS TITLE. (15.) OF RULES, SECTIONS # 3160 - #3164 AND # 3122. IT'LL BE VERY MUCH APPRECIATED, ALSO I AINT GOT NONE OF MY LEGAL WORK OR BOOKS. THE PELICAN BAY CORRECTION OFFICERS HAS NOT BROUGHT TO ME. TO MY CELL. I'M CURRENTLY HOUSED IN THE ADMINISTRATIVE SEGREGATION UNIT. WERE, WE ARE NOT ALLOWED PROPERTY WITHOUT COURT "DEADLINES PROOF." IT'LL BE HIGHLY APPRECIATED IF YOU CAN SEND THE PROOF I NEED. SO I MAY PROCEED AND MEET MY COURT DEADLINES. ALSO ALLOW ME TO NOTE. I'VE CURRENTLY BEEN HOSPITALIZED ON MARCH. 14. 2008. I WAS A VICTIM OF AN ATTEMPTED MURDER. ON MY LIFE. I WAS SERIOUSLY INJURED AND HAD TO HAVE SURGERY DONE ON ME. I'M STILL IN TREATMENT FOR INJURIES AN RECOVERING. I WAS JUST RELEASED FROM THE PRISONS INFIRMRY ON 4-7-08. AND, I FEEL THE THING I CAN DO UNDER MY MEDICAL CONDITIONS FOR NOW IS REQUEST FOR AN EXTENSION OF TIME AND APPOINT- OF COUNSEL AGAIN. I'LL BE MAILING THOSE MOTIONS IN SOON. TO HOLD OFF UNTIL I GET ALL MY PROPERTY THANK YOU REPLY SOON
SINCERELY MR. SCHOPPE-RICO in PRO-PER

P.S. PLEASE SEND PROPER EXTENSION OF TIME FORMS TO FILL OUT AND APPOINTMENT OF COUNSEL. IF NECESSARY. THANK YOU

PELICAN BAY STATE PRISON
THOPIE-RICE, J.
C.D.C. # V-11325
ASU. AD4.
P.O. BOX # 7500
CRESCENT CITY, CA. 95532

LEGAL MAIL
CONFIDENTIAL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIPCODE 95531
$ 00.41⁰
APR 15 2008
PITNEY BOWES
UNITED STATES POSTAGE

9410 2303 6614 0004

CLERK'S OFFICE,
U.S. DISTRICT OF
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE. 16th FLOOR
SAN FRANCISCO, CA. 94102

LEGAL MAIL