REQUEST FOR PER HEARING.

PELICAN BAY STATE PRISON
C.D.C # V-11328
A.S.U. ~ AC4.
P.O. BOX # T500
CRESCENT CITY. CA. 95532

DATED: 4-10-08

UNITED STATES DISTRICT COURT.

NORTHERN DISTRICT OF CALIFORNIA.

C.1. 5416 JSW

SCHOPPE-RICL, J.
        PLANTIFF.

        V.S,

ROBERT A HOREL. P.B.S.P. WARDEN
        RESPONDENT

CASE NO: C-07-5116.

HABEAS STATE NO: 061470--1 FILED

HABEAS CORPUS.

Apr 2 1 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MOTION AND DECLARATION OF GOOD CAUSE FOR
EXTENSION OF TIME TO FILE - "AMENDED PETITION".

1.) I THE UNDERSIGNED AM PETITIONER IN THIS CAUSE IN PROPIA - PERSONA.
ON HABEAS CORPUS. JOHN M. SCHOPPE-RICL. AND HEREBY MOVE FOR
AN EXTENSION OF TIME TO FILE THE OPENING "AMENDED PETITION" TO
PETITIONER CLAIMS AND APPOINT-COUNSEL TO DO IT.

2.) THE PRESENT DUE DATE IS 30-DAYS FROM APRIL 2ND 2008 TIL MAY. 2008.

3.) I REQUEST AN EXTENSION OF 30-DAYS TO JUNE 2008 (SET DATE _____.).
    A.) AND FOR COUNSEL TO BE APPOINTED THIS MONTH OF APRIL.

4.) A NOTICE PURSUANT TO RULE FEDERAL PROCEDURE 41(b) OR LOCAL RULE
    .311 AND FED. R. CIV. P. S.(e) HAS BEEN ISSUED TO AMEND PETITION CLAIMS
    AND COGNIZABLE SOME CLAIMS A "SHOW OF CAUSE" (SOA).

5.) PETITIONER HAS NOT FILED NO PRIOR REQUEST FOR EXTENSION OF TIME TO
    DATE IN RELATION TO REQUEST EXTENSION OF TIME TO "AMEND PETITION."
    AND SHOW CAUSE AS WELL FILE OTHER REQUEST FOR DISCOVERY, EVIDENTIARY
    HEARING ECT. THE OPPOSITION OBTAINED NO EXTENSIONS.

6.) DEFENDANT WAS CONVICTED OF: FIRST DEGREE MURDER WITH FIRE ARM USE
    AND GANG ENHANCEMENTS. AND SHOOTING AT AN INHABITED DWELLING
    THE CONVICTION IS BASED ON A JURY VERDICT. AND DENIALS OF
    PETITIONERS TRIAL MOTIONS

1.) REQUEST SEE ACCOMPANYING "REQUEST FOR COUNSEL" FILED HEREWITH

1

7.) THE COURT IMPOSED THE FOLLOWING PUNISHMENT, SEVEN YEARS DETERMINATE, CONSECUTIVE TO FIFTY-YEARS-TO LIFE

8.) DEFENDANT IS NOT ON BAIL PENDING HABEAS.

9.) THE RECORD CONSISTS OF 1668 PAGES OF CLERKS, TRANSCRIPTS AND 3032 PAGES OF REPORTER TRANSCRIPTS, THAT STILL NEED TO BE RECEIVED AND READ. PETITIONER IS CURRENTLY IN ADMINISTR-ATIVE SEGREGATION, WERE THEY ARE NOT ALLOWED PROPERTY SEE ATTACHED ORIENTATION DOCUMENT. OF CALIFORNIA DEPART-MENTS OF CORRECTION ASU. POLICY NUMBER (14.), (PG.5 ATTACHED.)

10.) I HAVE COMPLETED THE FOLLOWING WORK ON THIS HABEAS, I HAVE WROTE THE ASU. AND LAW LIBARY STAFF TO BRING MY LEGAL WORK. TRANSCRIPTS, AND LAW BOOKS. TO REVIEW TO AMEND PETITION, I FILLED OUT ALL THE HABEAS CORPUS FORMS, AND RAISED ALL CLAIMS AND IS NOW DOING RESEARCH, UNDER MY CURRENT CONDITIONS.

11.) I NEED ADDITIONAL TIME BECAUSE OF THE COMPLEXITY AND NUMBER OF ISSUES; AS MORE FULLY EXPLAIN IN PARAGRAPH, 14. BELOW: THIS REQUEST RELATES TO THE FACT. THAT THERE HAS NOT YET BEEN COMPLIANCE WITH THE ADMISTRATIVE SEGRAGATION UNITS, STAFF OR LAW LIBARY STAFF. TO PROVIDE PRISONERS ALL THEIR LEGAL DOCUMENTS LEGAL WORK, AND TRANSCRIPTS, SUCH THAT I DO NOT YET HAVE A COMPLETE RECORD ON HABEAS TO "AMEND PETITION", (SEE PG 5.)

12.) OTHER TIME-LIMITED COMMITMENTS; ATTENDING ALL C.D.C. NORMAL OPERATIONS, MEDICAL. YARD. LAW LIBARY, COMMITTEE. THIS REQUEST DOES NOT RELATE PRIMARILY TO THIS FACTOR, AITHOUGH SOON I COMPLETED SOME RESEARCH AND TAKING NOTES, FOR AMENDED PETITION, AND IS NOW UPON GOOD CAUSE SHOWING REQUESTING FOR COURT TO APPOINT A COUNSEL. TO AMEND PETITION..

13.) PERSONAL REASONS FOR EXTENSION OF TIME. (ILLNESS, FAMILY EMERGENCY, THEN TRANSFERED TO ASU, FROM HOSPITAL.). I WAS A VICTUM OF A ATTEMPTED MURDER ON ME. I WAS IN THE CRESCENT CITY HOSPITAL EMERGENCY ROOM ON MACRH. 14. 2008. THEN TRANSPORTED TO THE PRISONS HOSPITAL INFIRMRY. WERE I WAS TILL APRIL. 4TH 2008. FOR INJURIES. I WAS JUST OPERATED ON AND HAD SERGERY DONE ON MY EYES. I HAVE BLURRY VISION, CAN BARELY READ AND SO FORTH. STILL UNDER MEDICAL TREATMENT.    ( SEE ATTACHED. C.D.C. 128. G. OF PELICAN BAYS. )
( ATTACH. PG, 6 )

14.) OTHER REASONS FOR EXTENSION OF TIME :

(A) ON APRIL. 1, 2008, I SUBMITTED TO THE APPELLATE ATTORNEY KYLE GEE. A RETURN OF ITEMS WITHHELD, AND A ITEMS CONTINUING TO BE WITHHELD LETTER. OF A CLAIM FOR POSSESSION OF PERSONAL PROPERTY, REPLEVIN. ON MY FILE. LETTER ADVISING THE APPEAL ATTORNEY TO HAND OVER ALL DOCUMENTS FOR HABEAS CASE. ANS. PUBLIC DEFENDER ELLEN V. LECNIDA. WAS SERVED AS WELL. OF IMPORTANT FILES. POLICE REPORTS. ECT. BEING WITH HELD. BY THEM THATS MISSING TO COMPLETE AMENDED PETITION. THEY WERE SERVED ON APRIL 1ST 2008. FOR THE 3RD TIME.

(B) ON MARCH. 12th 2008, AND APRIL. 1ST 2008. I WROTE A REQUEST TO THE NORTHERN CALIFORNIAS INNOCENT PROTECT. FOR APPOINTMENT OF COUNSEL. FIRST TIME NO REPLY. AGAIN THEY WERE CONTACTED ON (4-1-08 ) AND WERE NOTIFIED OF MY MEDICAL CONDITION STILL WAITING ON THERE RESPONSE.

(C.) TO DATE THERE HAS NOT BEEN COMPLIANCE WITH THE REQUEST SEEKING MY FILE? POLICE REPORTS. TRANSCRIPTS. ECT. FOR/FROM ANY OF THESE AGENCIES WHO I AM WAITING ON IN REPORTING BACK TO ME RETURNING VITAL DOCUMENTS TO ME AND RESPONDENTS AT THIS INSTITUTION ARE WITHHOLDING MY LAW BOOKS AND LEGAL WORK. IN VIOLATION OF (C.D.C.) TITLE. 15. ARTICLE. 6. # 3164. (b) (2) (C) AND (D)

(d) FOR AILOF THESE REASONS. I AM UNABLE AT THIS TIME
TO PROCEED WITH PREPARATION OF PETITIONERS AMENDED
PETITION TO AMEND AND COGNIZE CLAIMS

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS
OF THE STATE OF CALIFORNIA THAT THE FORGOING IS TRUE AND
CORRECT.    EXECUTED IN CRESCENT CITY, CALIFORNIA ON
APRIL 10th 2008.

RESPECTFULLY SUBMITTED

PETITIONER ON
HABEAS, IN PRO PER.
MR. SCHOPPE-RICO, JR.

EXTENSION OF TIME IS.

_____    DENIED - CR

_____    GRANTED TO: _____


PRESIDING JUDGE

4.

# ORIENTATION DOCUMENT

ADMINISTRATIVE SEGREGATION UNIT (ASU) / ADMINISTRATIVE SEGREGATION A-1

Revised: January 6, 2007                                                                 Page 2 of 2

*[handwritten margin note, left side, vertical:]* IN RE #74 - PETITIONER'S LEGAL WORK AND OR LEGAL DOCUMENTS, WITH HIM/THEM AT THE TIME, HE/THEY HAVE BEEN WITHHELD AT THE TIME, HIRE BEING WITHHELD TO PROCEED

13. Do not use **any** state articles to dam your cell door in the event of flooding. Doing so is considered misuse. If you misuse these articles, the unit officers will not exchange them. The cleaning and drying of said articles will be performed through the established laundry exchange program **only**. Do not misuse state items for any reason. *[handwritten:]* ← RESPONDENTS ARE INTENTIALLY WITHHOLDING LEGAL DOCUMENT AND BODY OF PETITIONER. HER TITLE IS. I WAS SUPPOSE TO OUT IT ALL...

14. Administrative Segregation is designed for temporary housing, while maintaining high levels of safety and security. All personal property that is not allowed in the ASU will be inventoried and stored in the B Facility ASU property room pending investigations, transfers, and reassignment into permanent housing.

15. For staff safety, anytime it is necessary to open a handcuff port / food port to provide services, medications, meals etc, the unobstructed cell light **must be turned on bright**. Staff should be able to see the inmate's hands. Any inmate who refuses these criteria will be informed that their reluctance **constitutes a refusal of the service provided**.

16. IN-CELL CLEANING PROCEDURE:

    a. Beginning immediately, inmates will be provided with a rag and cleaning solution. These items are being provided to you to assist you in keeping your living area clean and sanitized. You should exercise care when handling the cleaning product. The solution is not hazardous and it should not be hazardous to exposed skin. In the event you get this product on your skin merely wash the exposed area. You should not ingest this product or splash it in your eyes. In the event you get this product in your eyes rinse your eyes and contact the MTA.

    b. You will be issued a rag and cleaning solution on Monday morning. The rag will be collected prior to the end of shift. Abuse of this process or destruction / misuse of the cleaning supplies, will result in your inability as well as your fellow inmate's ability to keep the living area clean.

    c. Once collected, the rags will be forwarded to the Institutional Laundry for cleaning. To obtain the best result while utilizing the cleaning product, you should remove heavy soil buildup first, apply and rub surface to be cleaned/disinfected, allow product to stand for ten minutes before final cleaning and rinse.

17. This orientation information does not represent all rules or program information. This orientation is a merely a guideline to assist you in your transition form general population. All inmates are expected to follow all staff direction and orders as they are given.



STATE OF CALIFORNIA                                                                                                    DEPARTMENT OF CORRECTIONS
                                                                                                                       CDCR 128G (REVISED 4/07)

**NO:** V-11328          **NAME:** SCHOPPE-RICO, JOHN                                              **HSG:** **ASU 4**
Custody: MAX-S          PS: 106     Level: IV     WG/PG: D1/D     EFF: 01/18/2008 Assignment: ASU
Rel Date: MEPD 10/19/205C Reclass: 05/02/2008 **Action: RETAIN IN ASU PENDING RVR; REFER TO CSR RX 30-DAY ASU EXTENSION**
BPH Rev: NA

**RECOMMENDED ACTION: Retain in ASU pending RVR. Refer to CSR recommending 30-day ASU extension.**

**ADMINISTRATIVE PLACEMENT FACTORS:** Inmate SCHOPPE-RICO appeared before PBSP AD-SEG, ICC on this date for Subsequent Review. Inmate was ordered placed in Administrative Segregation pursuant to CCR 3335(a) on 01/22/08. Pursuant to CCR 3336 the Reason for Placement in ASU is: due to a pending RVR dated 01/18/08, ●●●●●●●●●●●●

**DISCUSSION:** CDCR 115 relative to this charge is noted in Log #B08-02-0058 and has been issued and has been adjudicated. On 03/24/07 S was found Guilty of Division D offense of participation in a Riot, however, the CDCR 115 routing/signing process has yet to be completed. Committee also notes S was the victim of Attempted Murder on 03/14/08 and it is unknown at this time if S has any safety concerns if released to G.P.

**STAFF ASSISTANCE:** S was not provided a Staff Assistant as he speaks and understands English, is literate, and is not a participant in the MHSDS, and has an RGPL noted to be above 4.0.

**MENTAL HEALTH REVIEW:** ICC notes CDCR 128-C, dated 01/30/08, noting S is not a participant in the MHSDS level of care.

**DA ACTION:** NA

**CELL STATUS:** S is Single Celled due to safety concerns. ICC acts to affix the S suffix.

**YARD STATUS: Committee acts to place S on Walk Alone Yard Status, Individual Exercise Yard, based upon case factor review.**

**COMMITTEE ACTION: Retain in ASU pending completion of disciplinary process. Refer to CSR for 30-day ASU extension.**

**INMATE COMMENTS:** S expressed his understanding of the basis for the ICC action and agreed with the action.

**APPEAL RIGHTS:** S was advised of his right to appeal the aforementioned decisions, and submit the appeal within 15 days of today's action, whether or not he has received the 128G classification chrono, to preserve his appeal rights pursuant to time constraints.

**CHAIRPERSON:**     F. JACQUEZ/CDW                                                **RECORDER:**     S. O'DELL/CCII

COMMITTEE MEMBERS:        R. BELL/FC                      J. PASCOE/PHD

**DATE:**     04/02/2008                 **ASU INSTITUTIONAL CLASSIFICATION COMMITTEE**                     **Inst.: PBSP**

NAME: Schoppe-Rico    NUMBER: V11328    HOUSING: CTC-173    PBSP-LAB-001

**PELICAN BAY STATE PRISON**    **HEALTH CARE SERVICES UNIT**

**NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS**    TEST DATES: 3/20/08

TYPE OF TEST:    **BASIC BLOOD TESTS**    **HEPATITIS SCREEN**    **X-RAY**    **EKG**
(circle test type)    **OTHER:**    At. Wrist

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☑ Your test result is essentially within normal limits. No physician follow-up is required.

☐ Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐ Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

☐ Your test result is not within normal limits. Further studies are required and have been scheduled for you. You

will receive further information on this study at a later date.

PHYSICIAN REMARKS    Healing fracture, previous GSW

1. HEALTH RECORD COPY

2. PATIENT COPY

3. PHYSICIAN COPY

_____
Physician & Surgeon

4-7-08  1:00pM
Date &Time

**CONFIDENTIAL**

NAME:    NUMBER    HOUSING    PBSP-LAB-001

FR: SCHOPPE-RICO, J.
PELICAN BAY STATE PRISON
C.D.C. # V-11328
ASU ~ A04L
P.O. BOX # 7500
CRESCENT CITY, CA. 95532.

DATED 4-16-08.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA.

SCHOPPE-RICO, J.
        HABEAS PLANTIFF.
            v/s.
ROBERT A. HOREL, WARDEN P.B.S.P.
        RESPONDENT.

IN RE: 18 USC § 3006 A. (FEDERAL AUTHORITY.)

CASE NO: C-07-5116.

STATE HABEAS NO: D61470-1

INJUCTION WITH HABEAS REQUEST
FOR APPOINTMENT OF COUNSEL
AND DECLARATION OF INDIGENCY.
(SEE: ATTACH MOTION FOR EXTENTION OF TIME.)
                    ALSO
SEE: CRC. RULE 4.551 (C) (2).

1)  I. SCHOPPE-RICO. DECLARE THAT I AM THE PETITIONER TO THE ABOVE-ENTITLED
MATTER. IN PRO-PER. THAT I AM INCARCERATED AT PELICAN BAY STATE PRISON
SEGREGATION UNIT. INJURED AND DISABLED. FROM ATTEMPTED MURDER INJURIES
AFFLICTED ON ME. AND THAT I AM INDIGENT AND UNABLE TO AFFORD
COUNSEL. MY TOTAL ASSETS ARE $0.00 AND MY INCOME IS $16.00 PER SIX MONTHS
I HAVE THE RIGHT TO COURT APPOINTED COUNSEL IN A HABEAS PROCEEDING
WHEN COURT ISSUED A ORDER TO SHOW CAUSE. IT MUST THEN APPOINT ONE
COUNSEL FOR ANY PRISONER WHO WANTS TO BE REPRESENTED BY AN
ATTORNEY BUT CANNOT AFFORD ONE. IN RE. C.R.C. RULE 4.551 (C) (2).
FURTHER THE EVIDENCE LEGNTHLY RESEARCH AT ISSUE HERE TO AMEND PETITION
CLAIMS AND COGNIZABLE. INVOLVES CONFIDENTAL INFORMATION THAT CAN
BE DIVULGE TO A PRO-PER PETITIONER AND/OR ONLY BE DIVULGED TO AN
ATTORNEY UNDER PROTECTIVE ORDER. WHO MAY HAVE FULL ACCESS TO ALL
MATERIALS AN EVIDENCE. THE APPOINTMENT OF COUNSEL WILL ALLOW FOR
A FAIR AND FULL LITIGATION OF THIS MATTER.

2)  I AM INFORMED AND BELIEVE. I'VE BEEN FILING MY HABEAS CORPUS WITHIN
THE STATUE OF LIMITATION OF TIME IN ACCORDANCE WITH THE (A.E.D.P.A.)
STATUE LIMITATION. 28. U.S.C. 2244. (d) AND (1). AS WELL ALL STATE

1

CONTINUED #2.

REMEDIES AVAILABLE WERE EXHAUSTED AND MY HABEAS WERE ALL FILED TIMELY IN A TIMELY FASHION WITHIN ITS YEAR TOLLING

3.) AS WELL IT IS BELIEVED DUE TO PETITIONER HAS NO G.E.D. OR HIGH SCHOOL DIPLOMA. OR LEGAL DEGREES OR TRAINING. DUE TO HIS ILLITRACY OF THIS PRO-SE PETITION. PETITIONER. JUST AS IN RE. HUGHES, V. IDAHO STATE BOARD OF CORRECTIONS (9th CIR) SCO. F.2d. 905. 907.) HE HAS NO PROFESSIONAL LEGAL EDUCATION OR REALLY NO GENERAL KNOWLEDGE UNDERSTANDING OF THE LAW OR PROCEDURES OR COURT REGULATIONS THEREOF, OF IT, FOR THEREFORE COURT SHOULD APPOINT COUNSEL. SEE MIHON V. MORRIS ON. REPRESENTATION COUNTY JAIL WERE INADEQUATE FOR HIM TO PREPARE A DEFENSE.

4.) I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THE MATTER. SO THAT MY INTEREST. CONSTITUTIONAL FEDERAL RIGHT'S AND AMENDMENTS ARE PROTECTED OR MAYBE, BY THE PROFESSIONAL ASSISTANCE REQUIRED, SEE. TOUSSAINT V. MC CARTHY 926. F.2d 800, 801 (9th CIR. 1990). AS JUDGE NOONAN SAID IN DISCUSSING ACCESS TO A LAW LIBRARY FOR SEGREGATION PRISONERS

"A COLLECTION OF BOOKS IS NEVER A SUBSTITUTE FOR A LAWYER, WE SHOULD NOT ROMANTICIZE WHAT EVEN A JAILHOUSE LAWYER, MUCH LESS A POORLY-EDUCATED INMATE CAN ACCOMPLISH BY RUMMAGING FOR A FEW HOURS IN A LIMITED COLLECTION, MANY INTELLIGENT PRISONERS CAN PICK UP THE LINGO OF THE LAW, VERY FEW OF THEM CAN PUT IT ALL TOGETHER AND PRESENT A PERSUASIVE PETITION OR CLAIM."

5.) PRAYER FOR RELIEF. 1.) APPOINT COUNSEL SOON AND EXTEND TIME FOR COUNSEL. TO PREPARE A DEFENSE AND PETITIONS. 2.) DECLARE THE RIGHTS OF PETITIONER. 3.) REVERSE THE GUILTY FINDING OF THE JURY CHARGE OR PETITIONERS MOTION DENIAL BY JUDGES. 4.) RESTORE THE (8) YEARS OF LOST TIME TO PETITIONER. 5.) EXPUNGE ALL. REFERENCE TO THE CRIMINAL CHARGE FROM PETITIONERS RECORDS, 6.) APPOINT COUNSEL AWARD REASONABLE ATTORNEY FEES, AND, 7.) GRANT ANY OTHER AND FURTHER RELIEF THE COURT DEEMS PROPER.

6.) I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT AND THIS DECLARATION WAS EXECUTED ON 4-10-08 AT CRESCENT CITY. CALIFORNIA.

DATED: _____ APPOINTMENT OF
                        COUNSEL
_____ DENIED OR

_____ GRANTED

RESPECTFULLY SUBMITTED
SCHOPPE-RICO, J.

2

FR: SCHOPPE-RICO. J.
    PELICAN BAY STATE PRISON
    C.D.C.# V-11328
    P.C. BOX # 7500
    CRESCENT CITY. CA. 95532.

                                    DATED: 4-10-08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA.


SCHOPPE-RICO. J.
            PLAINTIFF/DEFENDANT.

    VS.

ROBERT A. HOREL. (P.B.S.P WARDEN)
            RESPONDANT

| CASE NO: C-07-5116. |
| PETITIONER'S FIRST REQUEST FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO RESPONDENTS. |

PROPOUNDING PARTY:    PETITIONER.

RESPONDING PARTY:    RESPONDENTS, PAUL GRAVES.
            1.) NAMES:
                        CONTRA COSTA COUNTY
                        DISTRICT DEP. ATTORNEY.

            2.) NAME: LAW ENFORCEMENT OR INVESTIGATIVE
                        AGENCIES. OF CONTRA COSTA COUNTY.

            3.) NAME: ATTORNEY GENERAL OF CALIFORNIA STATE.

            4.) NAME: LAWYERS (C.C.C.) PUBLIC DEFENDERS
                        OFFICE. OF DAVID COLEMAN AND P.D.
                        ELLEN V. LEONIDA,
                        AND APPELLATE ATTORNEY/KYLE GEE,
                        OF OAKLAND AND ATTORNEY A. ASHE,

            5.) NAME: CONTRA COSTA COUNTY SUPERIOR COURT
                        APP. CLERK CRIMINAL DIVISION TO PRODUCE
                        ALL COURT AN REPORTER TRANSCRIPTS.

            6.) NAME: CONTRA COSTA COUNTY JAIL MENTAL
                        HEALTH. DIRECTOR AND DOCTOR DIRECTOR,

            7.) NAME: ROBERT A. HOREL. P.B.S.P WARDEN
                        AND MEDICAL DIRECTOR.

SET NUMBER:    ONE.    8.) NAME: AND ANY OTHER AGENCIES NOT LISTED

1

PETITIONER HEREBY PREPOUNDS. THIS FIRST REQUEST FOR INSPECTION
AND PRODUCTION OF DOCUMENTS TO ALL LISTED. RESPONDENTS.. PAUL GRAVES,
D.A. HIS INVESTIGATOR MR. SANCHEZ.. CONTRA COSTA COUNTY LAW ENFORCEMENT.
SHERIFF. THE ATTORNEY GENERAL. LAWYERS. PUBLIC DEFENDERS OFFICE OF
CONTRA COSTA COUNTY. DAVID COLEMAN. AND ELLEN V. LEONIDA. APPELLATE
ATTORNEY KYLE GEE OF OAKLAND. AND PITTSBURG. ATTORNEY MR. ASHE, AND
THE APPELLATE CONTRA COSTA COUNTY SUPERIOR COURT CLERK"(THE CONTRA.
COSTA JAIL MENTAL HEALTH DIRECTOR AND MEDICAL DOCTORS. FROM ALSO ANY
OTHER AGENCIES OR HOSPITALS,) AND PELICAN BAY STATE PRISON WARDEN
ROBERT A. HOREL AND DIRECTOR AND MEDICAL STAFF. AND. ANY OTHER.
AGENCIES NOT LISTED. SUCH AS. INVESTIGORS FOR THE LAWYERS. JUAN SOLICE
AND ROBERT JONES, AND SO FORTH, SAID APPOINTED - COUNSEL WILL MIGHT
LIKE TO ADD. "RESPONDENTS ARE REQUIRED TO PRODUCE THE SPECIFIED
DOCUMENTS WITHIN 30-DAYS FROM THE SERVICE OF THIS REQUEST.
PRODUCTION OF DOCUMENTS SHALL TAKE PLACE AT. PELICAN BAY STATE
PRISON OR AT THE OFFICE OF "ANY APPOINTED COUNSEL FOR PETITIONER.

## DEFINITIONS AND INSTRUCTIONS.

A.) " DOCUMENT(S)" OR "RECORDS". SHALL INCLUDE WRITINGS AND PRINTED MATTER
OF EVERY KIND AND DESCRIPTION. INCLUDING BY WAY OF ILLUSTRATION
AND NOT LIMITED TO : ELECTRONICALLY STORED DATA. INCLUDING COMPUTER
DISKS OR TAPES. ELECTRONIC AUDIO OR VIDEO RECORDINGS AND THE SCRIPTS
OF SAME; ELECTRONIC OR HARD COPY EMBODIMENTS OF ANALYTICAL OR
MONITORING EQUIPMENT OR DEVICES; PHOTOGRAPHS, DRAWING'; MAPS
SKETCHES; PLOT PLANS; DIAGRAMS, NOTES; MINUTES AND ELECTRONIC
RECORDINGS OF ORAL COMMUNICATIONS. LETTERS. AND MEMORANDA;
COMPUTER PRINTES. AND ANY HARD COPY REPRENTED(S) OF DATA. INFORMATION
AND/OR OTHER RECORD COMPILATION WHICH ARE STORED BY MEANS OF
COMPUTER OR ELECTRONIC DEVICES; LOGS; CHARTS, OR STRIPS OF ANALYTICAL
OR MONITORING EQUIPMENT; X-RAYS. OF INJURIES. OR OTHER OUTPUT OF
RADIO GRAPHIC EXAMINATIONS. TRANSCRIPTS OF TESTIMONY AND PROCEEDINGS
VIDEO TAPES, FILMS; BLUEPRINTS'; REPORTS; SUMMARIES, NEWSPAPER ACCOUNTS
STATEMENTS; ESTIMATES; PROPOSALS AND PROTOCALS, CITATIONS, ORDERS, AND
COURT PLEADINGS, IT SHALL ALSO ENCLUDE ANY ADDITIONAL COPY OR DUPLICATE
OF ANY DOCUMENT AS DESCRIBED ABOVE WHICH CONTAINS ANY HAND WRITINGS
TYPE WRITINGS, NOTATION; MODIFICATION OR OTHER ADDITION THERE TO OF ANY

KIND AS WELL AS ANY ROUGH OR PRELIMINARY DRAFT(S) OR OTHER ADDITION THERETO OF ANY KIND DOCUMENTS;

B.) "RESPONDENT(S) MEANS, ROBERT A. HOREL WARDEN AND DIRECTOR, PAUL GRAVES DISTRICT ATTORNEY. ATTORNEY GENERAL, CONTRA COSTA COUNT SUPERIOR COURT CLEARK, ITS LAW ENFORCEMENT AND INVESTIGATORS, THE LAWYERS KYLE GEE, DAVID C. COLEMAN, ELLEN U. LEONIDA, INVESTIGATORS JUAN SOUSE. ROBERT JONES AND ANY AN ALL MEDICAL HEALTH CARE AGENCIES. PRO-COUNSEL TECHNICAL AND MEDICAL EXPERT. MT. DIABLO MEDICAL HOSPITAL. AND ECT. ANY OF THEIR REPRESENTIVES. AGENTS, INDIVIDUALS OR ENTITIES ACTING ON THEIR BEHALF, BOTH PRESENT AND FORMER.

C.) THE WORDS "DESCRIBE" OR "REFER" TO AS USED HEREIN IN CONNECTION WITH ANY CATEGORY OF DOCUMENTS MEANS AND INCLUDES ALL DOCUM-ENTS MEANS AND INCLUDES ALL DOCUMENTS THAT DISCUSS, CONSTITUE, MEMORIALIZE, CONCERN, MENTION, SUMMARIZE, REFLECT, REFER TO OR PROVIDE EVIDENCE OF THE SUBJECT MATTER OR EACH CATEGORY DOCUMENTS,

D.) IF ANY INFORMATION CALLED FOR BY ANY DISCOVERY REQUES THEREIN IS WITHHELD FOR REASON, INCLUDING A CLAIM THAT SUCH INFORMATION CONSTITUTES A PRIVIEDGED DOCUMENT AND/OR COMMUNICATION, STATE THE FOLLOWING WITH RESPECT TO EACH DOCUMENT OR COMMUNICATION

1.) DATE :

2.) THE IDENTITY OF THE AUTHOR OR MAKER, INCLUDING THE BUSINESS OR LEGAL TITLE OR POSITION AND THE INDIVIDUAL'S CURRENT ADDRESS AND BUSINESS AND RESIDENCE TELEPHONE NUMBERS !

3.) THE IDENTITY OF THE AUTHOR OR MAKER, INCLUDING OF THE RECIPIENT INCLUDING THE BUSINESS OR LEGAL TITLE OR POSITION, AND THE INDIVIDUALS CURRENT ADDRESS AND BUSINESS AND RESIDENCE TELEPHONE NUMBERS;

4.) NUMBER OF PAGES ;

5.) SUBJECT MATTER ;

6.) THE IDENTITY OF ALL OTHER PERSONS WHO RECEIVED COPIES OF THE DOCUM-ENTS OR OTHERWISE LEARNED OF THE DOCUMENTS OR COMMUNICATION; AND,

7) THE SPECIFIC FACTUAL BASIS FOR WITH HOLDING THE DOCUMENTS OR COMMUNICATION INCLUDING ANY CLAIM PRIVILEGE,

E.) THE TIME PERIOD COVERED BY THESE DOCUMENTS DEMANDS FOR INSPECTION IS FROM _____. TO THE PRESENT UNLESS OTHERWISE
                    (DATE)
SPECIFIED

F.) THE CONJUNCTIVE SHALL ALSO INCLUDE THE DISJUNCTIVE AND VISE VERSA.

G.) THE SINGULAR SHALL INCLUDE THE PLURAL AND VISE VERSA.

## . DOCUMENT REQUEST.

PETITIONER REQUEST THAT RESPONDENTS PRODUCE ALL DOCUMENTS IN THEIR POSSESSION CUSTODY OR CONTROL WHICH CONCERN THE FOLLOWING. PURSUANT TO PENAL CODE §1054.1. THE XIV TH AMENDMENT OF THE UNITED STATE CONSTITUTION. BRADY V. MARYLAND (1963) 373 U.S. 83. PETITIONER CURRENTLY DOES NOT HAVE ENTIRE DISCOVERY NOR DOES SAID APPOINTED-COURT COUNSEL, THE FOLLOWING IS MISSING AND REQUESTED.

### DOCUMENT REQUEST NO. 1:

THE COMPLETE RECORDS. COURT AND REPORTER TRANSCRIPTS OF ALL PROCEEDINGS. SEALED OR UNSEALED OF PRELIMINARY AND TRIAL HEARING. AND ALL RECORDS, FILES, MOTIONS OF SCHOPPE-RICO. BASED ON HIS WRONGFUL CONVICTION.

### DOCUMENT REQUEST NO. 2:

ANY AND ALL POLICE REPORTS OR DOCUMENTS, LAW ENFORCEMENT PERSONELL. ( POLICE OFFICERS, DISTRICT ATTORNEY, INVESTIGATOR. ECT.) REGARDING CONVERSATIONS OR INTERVIEWS WITH WITNESSES AND WRITTEN REPORTS BASED THEREON ENCLUDING NOTES AND DRAFTS AS WELL AS FINAL REPORTS AND COPIES OF ALL DAILY FIELD INTERROGATION CARD AND ACTIVITY LOGS. PREPARED IN CONNECTION WITH THIS CASE, THAT REFER TO OR DESCRIBE ANY DECISIONS OF AN EMPLOYEE OF ANY OF THE EIGHT LISTED RESPONDENTS PERTAINING TO THE CONVICTION OF SCHOPPE-RICO.

### DOCUMENT REQUEST NO. 3:

ANY AND ALL DOCUMENTS THAT PERTAIN TO THE BASIS OF THE DECISION TO PLACE SCHOPPE-RICO, IN CUSTODY AND CONVICTED THEN SENT TO PRISON FOR AN PRISON TERM OF 5TT TO LIFE. INCLUDING BUT NOT LIMITED TO ANY DOCUMENTS. REVIEWED OR CREATED BY ANY OF THE RESPONDENT AGENCIES. OR WITNESSES. LIST ALL NAMES, CURRENT ADDRESSES, TELEPHONE NUMBERS, AND ANY STATEM-ENTS, A WRITEN ORAL STATEMENT OF ANY WITNESSES, ANY AND ALL STATEMENTS OF THE DEFENDANT. WHETHER RECORDED, WRITTEN OUT, PRESERVED BY NOTES OR COMMITTED TO MEMORY, AS TO UNWRITTEN STATEMENTS, A WRITTEN OR ORAL SUMMARY OF SUCH. INCLUDING PHOTOGRAPHS, AND VIDEOS AND AUDIO TAPES, AND OF BUSINESS OF CAMERAS IN LOCATION OF INCIDENCES, PHYSICAL EVIDENCE THATS BEEN WITHHELD AT OR BEFORE TRIAL IS TO BE PRODUCED.

### DOCUMENT REQUEST NO. 4:

ANY AND ALL DOCUMENTS THAT REFER TO OR DESCRIBE SCIENTIFIC PROOF ALL WRITTEN AND ORAL REPORTS AND RECORDS (INCLUDING ALL NOTES MADE BY THE TESTER OR (ANALYST.) OF ALL CHEMICAL, BIOLOGICAL. MEDICAL

CONTINUED!

CRIMINOLOGICAL, LABORATORY, OR OTHER TESTING AND EXAMINATION OF ANY PHYSICAL EVIDENCE OBTAIN IN THE INVESTIGATION OF THIS CASE ("THAT HAS NOT BEEN PRODUCED" AND WAS WITHHELD AT TRIAL), WAS THE D.N.A, BLOOD TEST OF INTOXICATION LEVELS, AND MEDICAL EXPERTS OR EVIDENCE OF PETITIONERS DISABILITIES HAND INJURIES, INCLUDING BUT NOT LIMITED TO THE VICTUMS BODY (AUTOPSY REPORT, BODILY FLUIDS AND OR CLOTHING AND SAMPLES OF ANY SUCH REMAINING FLUIDS OR SPECIMENS OF INTOXICATION) AND POSSESSIONS, AS WELL THE BALLISTICS TEST OR TESTING DONE UPON ANY OBJECT OR PERSON AND ANALYSES OF ANY FINGER OR PALM PRINTS OR SUBSTANCE, THAT RELATES TO SCHOPPE-RICOS CASE. # V-11328.

## DOCUMENT REQUEST. NO; 5;

ANY AND ALL DOCUMENTS THAT REFER TO OR DESCRIBE CRITICAL CASE INFORMATION THAT RELATES TO SCHOPPE-RICO. # V-11328. INCLUDING BUT NOT LIMITED TO MEDICAL RECORDS, MENTAL HEALTH RECORDS OR DISABILITY RECORDS, INJURY RECORDS, MEDICAL TREATMENT RECORDS. OF THE ACCUSSED OR THE ALLEGED VICTUM, AND QUALIFIED EXPERTS IN THE MEDICAL FIELD

## DOCUMENT REQUEST NO; 6;

ANY AND ALL DOCUMENTS THAT REFER TO DEFENDANT OR ALLEGED VICTUM PRIOR OFFENSES OR IMPEACHMENT EVIDENCE, ACTS MORAL TURPITUDE WHETHER ACTS OR NOT SUCH RESULTED IN CRIMINAL CONVICTION PROBATION ARY STATUS AND ANY OTHER POTENTIAL IMPEACHMENT INFORMATION OF ANY WITNESS IN SCHOPPE-RICOS CASE.

## DOCUMENT REQUEST NO; 7;

ANY AND ALL INDEPENDENT DOCUMENTS OF BOOKING NOTES, RECORDS, PHOTO GRAPHS, PROPERTY LOGS, OF DEFENDANTS, ALL REPORTS NOTES, SKETCHES GENERATED BY WITNESSES, NAMES AND ADDRESSES OF ALL PERSONS DETAINED OR ARRESTED AS SUSPECTS IN THE INVESTIGATION OF THIS CASE AND ALL STATEMENTS WRITTEN AND OTHERWISE RECORDED OF PERSONS INTERVIEWED AS POTENTIAL SUSPECTS OF THIS CASE. SUCH AS DAN MENTION AT (CLERK TRANSCRIPT [5 pgs. 390-THROUGH. 394), AND A "PAUL REVERE" AT (C.T. PGS. 79.) IN SCHOPPE-RICOS, CASE.

## DOCUMENT REQUEST NO; 8;

ANY AND ALL DOCUMENTS OF ALL CRIME REPORTS AND ARREST REPORTS CONCERNING ANY ACTS OF VIOLENCE OR ATTEMPTED VIOLENCE BY THE ALLEGED VICTUM TENDING TO SHOW THAT THE ALLEGED VICTUM HAD A HISTORY OF PRIOR ACTS OF VIOLENCE GUN USE, KNIFE USE, ASSUALTS, THREATS, DRUG USE OR DEALINGS OR OTHER ACTS OF MORAL TURPITUDE. AND ANY EXORINATING EXCULPATORY EVIDENCE INFORMATION PROVIDED BY ANY INFORMAT(C.I.) OF SHARON CONWAY THAT RELATES TO THE SUSPECTS IN THIS CASE OF IDENTIFICATION. TO BE PRODUCED TO SCHOPPE-RICO. # V-11328.

5.

## DOCUMENTATION REQUEST NO: 9,

ANY AND ALL EVIDENCE UPON WHICH THE PROSECUTION CALLED TO RELY ON TO ESTABLISH THE FACT THAT DEFENDANT WAS OR WAS NOT INVOLVED IN GANG ACTIVITY, INCLUDING BUT NO LIMITED TO THE FOLLOWING: 1) ANY AND ALL PHOTOGRAPHS, SKETCHES, VIDEO TAPES, AUDIO TAPES, OR ANY OTHER DEPICATION OF THE DEFENDANT OBTAINED THROUGH ANOTHER MULTIMEDIA DEVISE TEND - ING TO SHOW/ESTABLISH THAT DEFENDANT WAS OR IS A MEMBER OR ASSOCIATE OF A GANG. 2.) ANY OTHER DOCUMENTS, WRITING, OR OTHER MATERIAL IN THE POSSESSION OF LAW ENFORCEMENT AND THE PROSECUTION THAT TENDS TO ESTABLISH THAT DEFENDANT POSSESSES ANY CLOTHING, JEWELRY, OR OTHER OBJECTS OF A PARTICULAR GANG. 3.) ANY AND ALL DOCUMENTS INFORMATION REGARD - ING THE NICKNAMES, ALIASES OR MONIKERS THAT THE INESTIGATION LAW ENFO - RCEMENT AGENCY(S). OR/AND THE PROSECUTION CONTENDS THAT THE DEFENDA - NT IS ACCUSED KNOWN BY. 4.) ANY IN FIELD IDENTIFICATION (FII.CARDS.) FIELD INTERVIEW REPORTS, (F.I.R.) OR AUTOMATED FIELD INTERVIEW REPORTS OR CARDS (A.F.I.) PERTAINING TO THE DEFENDANT AND HIS AFFILIATION LABIE. 5.) THE NAME AND QUALIFICATIONS OF THE GANG EXPERT, WHICH THE PROSECUTOR INTENDS TO CALL AN USE. ALL DOCUMENTS AND CORRESPONDING REPORTS, WHICH THE PROSECUTOR WILL USE TO ESTABLISH THE PATTERN OF CRIMINAL ACTIVITY OF THE NORTENO STREET GANG, ENCIUDING PUBLICATIONS, REP - ORTS THAT THE GANG EXPERT HAS REFERED TO, CONSIDERED, RELIED UPON, IN ARRIVING AT HIS OPINION OF DEFENDANT. 6.) ANY REPORT, NOTES FIELD INTERVIEW CARDS, OR OTHER WRITINGS OR COMPUTER ENTRIES. REGARDING PETITIONER'S BACKGROUND, MEMBERSHIP OR ACTIVITY IN ANY GANG WITHIN THE COMPUTERIZED, " CAL GANG" SYSTEM OR ANY OTHER DATA BASE USED BY LAW ENFORCEMENT WHICH CONTAINS INFOR- MATIONS, ANY GUIDELINES, REGULATIONS, STANDARD DIRECTIVES, RULES OR POLICIES FOR THE ENTRY OF POLICIES OF INFORMATION. IN SCHOPPE-RICO CASE.

## DOCUMENTATION REQUEST NO. 10)

ANY AND ALL DOCUMENTS THE SOURCES, BE IT A DOCUMENTS OR AN INDIVIDUAL THAT PROVIDED THE INFORMATION INCLUDES THE FILE ON THE DEFENDANT THAT DESIGNATES HIM AS A GANG MEMBER, ASSOCIATE OR AFFILATE. ANY DOCUMENT, REPORTS OR WRITINGS (OR OTHER RELATED INFORMATION) REGARDING ANY MECHANISMS POLICIES, PRACTICES OR RULES FOR UPDATING OR PURGING INFO - RMATION ABOUT AN INDIVIDUAL GANG AFFILIATION, ANY REPORTS OR WRITINGS REGARDING THE MECHANISMS, POLICIES, PRACTICES OR RULES FOR UPDATING OR REGARD SPECIFIC TRAINING TO PROP. 21, POLICIES. THAT IS GIVEN TO INDIVI- DUALS WHO COLLECT OR ENTER INFORMATION ABOUT SUSPECTED GANG MEMBER IN 'CAL GANG, CCCSO: FILES, OR OTHER LAW ENFORCEMENT FILES (COMPUTRIZE. OR HARD COPIED.), ALL IFORMATION IN THE POSSESSION OF THE ATTORNEY AND PROSECUTION, ITS GANG EXPERT, LAW ENFORCEMENT AGENCIES REGARING GANG AFFILIATION OF THE WITNESSE, LISTED IN THE POLICE REPORTS, IN THIS MATTER

DOCUMENT REQUEST NO. 11;

ANY AND ALL DOCUMENTS THAT REFER OR DESCRIBE. AS TO ALL WITNESSES. WHO MAY BEEN OR CALLED TO TESTIFY AT THE TRIAL OF THIS CASE OR WHO WERE PERCIPIENT WITNESSES TO THE ALLEGED OFFENSE, WHETHER OR NOT THEY ARE TO BE CALLED TO TESTIFY AT ANY HEARING OR TRIAL OF THE CASE, ALL AGREEMENTS PROMISES, THREATS. INDUCEMENTS, OFFERS OF REWARD OR IMMUNITY, WITNESS FEES FEES, TRANSPORTATION ASSISTANCE, ASSISTANCE TO MEMBERS OF THE WITNESS FAMILY OR TO ASSOCIATES OF THE WITNESS, OR AFFIRMATIVE REPRESENTATION WHETHER WRITTEN OR ORAL. MADE TO SUCH PERSONS OR TO THEIR ATTORNEYS AND/OR PROSECUTION OF THE OFFENSES CHARGED IN THE INFORMATION. IN SCHOPPE-RICO's CASE.

DOCUMENT REQUEST NO. 12;

ANY AND ALL DOCUMENTS THAT REFER OR RELATE TO ALL INFORMATION REGARDING. CONTACT (BY PHONE, LETTER, OR OTHERWISE) BETWEEN THE DISTRICT ATTORNEY(S) OFFICE AND ANY LAW ENFORCEMENT AGENCY. DETENTION FACILITY OR COURT REGARDING, JENNIFER SMITH, DAN SHARON CONWAY AND PAUL REVERE PRESENT AT THE SCENE. ALL FACTS KNOWN LAWYERS AND INVESTIGATORS MAY HAVE. ALL PERSONEL WHICH MIGHT AID OR ASSIST PETITIONER IN LOCATING ANY THESE WITNESSES WHO MIGHT GIVE ANY TESTIMONY EXONERATING THE PETITIONER DEFEND ANT DIMINISHING THE NATURE OR DEGREE OF THE OFFENSE, OR WHICH IS OTHERWISE EXCULPATORY, IN SCHOPPE-RICO's CASE.

DOCUMENT REQUEST NO. 13;

ANY AND ALL FACTS KNOWN TO THE PROSECUTION OR LAW ENFORCEMENT PERSON- EL WHICH MIGHT AID OR ASSIST THE DEFEND UPON HABEAS WHICH MIGHT OR WILL TEND TO INDICATE ANY PERSON OTHER THEN THE DEFENDANT WHO MIGHT BE IN ANY MANNER RESPONSIBLE FOR THE CRIME CHARGED, ALSO ALL RECORDS, LOGS MANUALS, AND OTHER DOCUMENTATION OF THE TRAIN- ING AND WORK EXPERIENCE OF THE DOG AND DOG HANDLER EMPLOYED IN THIS CASE.

DOCUMENT REQUEST NO. 14;

ANY AND ALL DOCUMENTS, HERE IN PELICAN BAY STATE PRISON. RECEIVE AND RELEASE ADMINISTRATIVE SEGREGATION PROPERTY OFFICE ROOM. OF RESPONDENTS WARDEN STAFF IS HEREBY REQUESTED THAT THEY PROPERTY OFFICERS HAVE STORED AND ILLEGALLY WITHHOLDING ARE TO RELEASE TO SCHOPPE-RICO # V-11328, ALL HIS LEGAL PROPERTY TO HIM AS SOON AS POSSIBLE. THIS ENCLUDES, TRANSCRIPTS, LAW BOOKS MANUELS, REPORTS, MOTIONS AND WORK PRODUCT. A ORDER NEED, TO BE ISSUE. SO PETITIONER MAY PRESENT HIS PETITION TO COURT,

RESPECTFULLY SUBMITTED
Schoppe-Rico, J
IN PRO SE, SCHOPPE-RICO.

DATED: 4-12-08.

7

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _JOHN Moses Schoppe-Rico_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____ PELICAN BAY STATE _____ Prison,

in the county of _____DEL NORTE_____ ,

State of California. My prison address is: _____P. O. BOX #7500 , CRESCENT_____

_CITY CA. 95532_ _____

On _____4 - 12 - 08_____
(DATE)

(2. pg.)
I served the attached: INJUCTION WITH HABEAS REQUEST FOR APP. INT OF COUNSEL AND DECLARTION
2ND (7. pg.)
OF INDIGENCY & MOTION AND DECLARATION OF GOOD CAUSE FOR EXTENSION OF TIME TO FILE "AMENDED PETITION"
WITH EXHIBI. ATTACHMENTS AND PETITIONERS FIRST REQUEST FOR INSPECTION & PRODUCTION OF DOCUMENTS
(DESCRIBE DOCUMENT)
TO RESPONDENTS. 7. pg.
on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

CLERK OFFICE / COURT
U.S. DISTRICT, NORTH DIST.
OF CALIFORNIA
450 GOLDEN GATE AVENUE, 16th FLOOR
SAN FRANCISCO, CA. 94102

ATTORNEY GENERAL, CALIFORNIA
SAN FRANCISCO OFFICE
455 GOLDEN GATE AVENUE  SEE 11000
SAN FRANCISCO, CA. 94102-3664

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _10  12 - 08_
(DATE)

_____
(DECLARANT'S SIGNATURE)
SCHOPPE-RICO, J

REQUEST FOR PRE-DEN
HEARING.

PELICAN BAY STATE PRISON
CDC # V-11328
ASU. ~ AC4.
P.O. BOX # 7500
CRESCENT CITY, CA. 95532

DATED: 4-16-08

## UNITED STATES DISTRICT COURT.

## NORTHERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| SCHOPPE-RICC, J. | CASE NO: C-07-5116. |
| PLAINTIFF. | HABEAS STATE NO: 061470-1. |
| V.S. | HABEAS CORPUS. |
| ROBERT A HOREL. P.B.S.P. WARDEN | |
| RESPONDENT | |

## MOTION AND DECLARATION OF GOOD CAUSE FOR EXTENSION OF TIME TO FILE - "AMENDED PETITION"

1.) I THE UNDERSIGNED AM PETITIONER IN THIS CAUSE IN PROPIA · PERSONA · ON HABEAS CORPUS, JOHN M. SCHOPPE-RICC. AND HEREBY MOVE FOR AN EXTENSION OF TIME TO FILE THE OPENING "AMENDED PETITION" TO PETITIONER CLAIMS AND APPOINT- COUNSEL TO DO IT.

2.) THE PRESENT DUE DATE IS 30 -DAYS FROM APRIL 20° 2008 TIL MAY. 2008.

3.) I REQUEST AN EXTENSION OF 30 -DAYS TO JUNE 2008, SET DATE _____ .)
A.) AND FOR COUNSEL TO BE APPOINTED THIS MONTH OF APRIL,

4.) A NOTICE PURSUANT TO RULE FEDERAL PROCEDURE 41(b) OR LOCAL RULE 311 AND FED. R. CIV. P. 5(e) HAS BEEN ISSUED TO AMEND PETITION CLAIMS AND COGNIZABLE SOME CLAIMS A "SHOW OF CAUSE." (SOA).

5.) PETITIONER HAS NOT FILED NO PRIOR REQUEST FOR EXTENSION OF TIME TO DATE IN RELATION TO REQUEST EXTENSION OF TIME TO "AMEND PETITION," AND SHOW CAUSE AS WELL FILE OTHER REQUEST FOR DISCOVERY, EVIDENTIARY HEARING ECT. THE OPPOSITION OBTAINED NO EXTENSIONS.

6.) DEFENDANT WAS CONVICTED OF: FIRST DEGREE MURDER WITH FIRE ARM USE AND GANG ENHANCEMENTS. AND SHOOTING AT AN INHABITED DWELLING THE CONVICTION IS BASED ON A JURY VERDICT. AND DONIALS OF PETITIONERS TRIAL MOTIONS

1.) REQUEST SEE ACCOMPANYING "REQUEST FOR COUNSEL" FILED HEREWITH

1

7.) THE COURT IMPOSED THE FOLLOWING PUNISHMENT; SEVEN YEARS DETERMINATE, CONSECUTIVE TO FIFTY-YEARS-TO LIFE

8.) DEFENDANT IS NOT ON BAIL PENDING HABEAS.

9.) THE RECORD CONSISTS OF 1668 PAGES OF CLERKS, TRANSCRIPTS AND 3032 PAGES OF REPORTER TRANSCRIPTS, THAT STILL NEED TO BE RECEIVED AND READ. PETITIONER IS CURRENTLY IN ADMINISTRATIVE SEGREGATION, WERE THEY ARE NOT ALLOWED PROPERTY SEE ATTACHED ORIENTATION DOCUMENT OF CALIFORNIA DEPARTMENTS OF CORRECTION ASU POLICY NUMBER (14.), (PG.5 ATTACHED.)

10.) I HAVE COMPLETED THE FOLLOWING WORK ON THIS HABEAS; I HAVE WROTE THE ASU. AND LAW LIBRARY STAFF TO BRING MY LEGAL WORK, TRANSCRIPTS, AND LAW BOOKS TO REVIEW TO AMEND PETITION, I FILLED OUT ALL THE HABEAS CORPUS FORMS, AND RAISED ALL CLAIMS AND IS NOW DOING RESEARCH, UNDER MY CURRENT CONDITIONS.

11.) I NEED ADDITIONAL TIME BECAUSE OF THE COMPLEXITY AND NUMBER OF ISSUES; AS MORE FULLY EXPLAIN IN PARAGRAPH. 14. BELOW; THIS REQUEST RELATES TO THE FACT. THAT THERE HAS NOT YET BEEN COMPLIANCE WITH THE ADMISTRATIVE SEGRAGATION UNIT, STAFF OR LAW LIBARY STAFF. TO PROVIDE PRISONERS ALL THEIR LEGAL DOCUMENTS LEGAL WORK, AND TRANSCRIPTS, SUCH THAT I DO NOT YET HAVE A COMPLETE RECORD ON HABEAS TO "AMEND PETITION", (SEE PG 5.)

12.) OTHER TIME-LIMITED COMMITMENTS; ATTENDING ALL C.D.C. NORMAL OPERATIONS, MEDICAL, YARD. LAW LIBARY, COMMITTEE, THIS REQUEST DOES NOT RELATE PRIMARILY TO THIS FACTOR, ALTHOUGH SUCH I COMPLETED SOME RESEARCH AND TAKING NOTES, FOR AMENDED PETITION, AND IS NOW UPON GOOD CAUSE SHOWING REQUESTING FOR COURT TO APPOINT A COUNSEL TO AMEND PETITION.

13.) PERSONAL REASONS FOR EXTENSION OF TIME. (ILLNESS, FAMILY EMERGENCY, THEN TRANSFERED TO ASU, FROM HOSPITAL.). I WAS A VICTUM OF A ATTEMPTED MURDER ON ME. I WAS IN THE CRESCENT CITY HOSPITAL EMERGENCY ROOM ON MARAH.14.2008. THEN TRANSPORTED TO THE PRISONS HOSPITAL INFIRMRY, WERE I WAS TILL APRIL.4th 2008. FOR INJURIES. I WAS JUST OPERATED ON AND HAD SERGERY DONE ON MY EYES. I HAVE BLURRY VISION, CAN BARELY READ AND SO FORTH. STILL UNDER MEDICAL TREATMENT.    ( SEE ATTACHED. C.D.C. 128. G. OF PELICAN BAYS.)
                                                    ( ATTACH. #5), 6 )
14.) OTHER REASONS FOR EXTENSION OF TIME :

(A) ON APRIL.1, 2008, I SUBMITTED TO THE APPEALATE ATTORNEY KYLE GEE. A RETURN OF ITEMS WITHHELD. AND A ITEMS CONTINUING TO BE WITHHELD LETTER. OF A CLAIM FOR POSSESSION OF PERSONAL PROPERTY. REPLEVIN. ON MY FILE. LETTER ADVISING THE APPEAL ATTORNEY TO HAND OVER ALL DOCUMENTS FOR HABEAS CASE. ANS. PUBLIC DEFENDER ELLEN V. LEONIDA. WAS SERVED AS WELL. OF IMPORTANT FILES. POLICE REPORTS. ECT. BEING WITH HELD. BY THEM THATS MISSING TO COMPLETE AMENDED PETITION. THEY WERE SERVED ON APRIL 1st 2008. FOR THE 3rd TIME.

(B.) ON MARCH.12th 2008. AND APRIL.1st 2008. I WROTE A REQUEST TO THE NORTHERN CALIFORNIAS INNOCENT PROJECT. FOR APPOINTMENT OF COUNSEL. FIRST TIME NO REPLY. AGAIN THEY WERE CONTACTED ON (4-1-08 ) AND WERE NOTIFIED OF MY MEDICAL CONDITION STILL WAITING ON THERE RESPONSE.

(C.) TO DATE THERE HAS NOT BEEN COMPLIANCE WITH THE REQUEST SEEKING MY FILES. POLICE REPORTS. TRANSCRIPTS. ECT. FOR/FROM ANY OF THESE AGENCIES WHO I AM WAITING ON IN REPORTING BACK TO ME RETURNING VITAL DOCUMENTS TO ME AND RESPONDENTS AT THIS INSTITUTION ARE WITHHOLDING MY LAW BOOKS AND LEGAL WORK. IN VIOLATION OF (C.D.C.) TITLE.15 ARTICLE.6. # 3164. (b)(2)(C) AND (D)

(d) FOR ALL OF THESE REASONS, I AM UNABLE AT THIS TIME
TO PROCEED WITH PREPARATION OF PETITIONERS AMENDED
PETITION TO AMEND AND CCGNIZE CLAIMS

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS
OF THE STATE OF CALIFORNIA THAT THE FORGOING IS TRUE AND
CORRECT.    EXECUTED IN CRESCENT CITY, CALIFORNIA ON
APRIL 16th 2008 '

                              RESPECTFULLY SUBMITTED


                              _____

                              PETITIONER ON
                              HABEAS, IN PRO-PER.
                              MR. SCHOPPE-RICO, J.

EXTENSION OF TIME IS,

_____  DENIED - CR

_____  GRANTED TO: _____



_____

    PRESIDING JUDGE

4.

# ORIENTATION DOCUMENT

ADMINISTRATIVE SEGREGATION UNIT (ASU) / ADMINISTRATIVE SEGREGATION A-1

Revised: February 9, 2007                                                                 Page 1of 2

01. In accordance with California State Law, Psychiatric Services staff will screen all inmates entering into a segregated housing unit. Be prepared to exit your cell for a short interview soon after arrival.

02. Be prepared for an un-clothed body search, each time you exit the cell. Hands on escorts are to be expected during all movement within the unit.

03. The wall area above the desk, approximately 3 ft x 4 ft is the **only** location to affix personal picture items, notes, calendars and schedules. All items are subject to removal during a cell search.

04. Due to the physical design and distances within this building, the Control Officer may not hear you. It is recommended that you communicate with the Floor Officers, and utilize Request for Interview forms whenever possible.

05. Supplies and forms (including pen fillers) will be issued **only once per week** (Saturdays) **during second watch**. During supplies you may obtain Law Library requests and cell study information, which will be collected and distributed by a designated **second watch officer** Monday thru Friday. All legal support and requests will be provided through the SHU library **only**.

06. Blanket exchange is offered each six months for long term occupants. Acrylic blankets are the only blankets used in ASU.

07. Clothing/Linen exchange is conducted **once each week (Wednesday) during third watch**. Any destruction of state property altered/missing linen, clothing or bedding will be assessed any or all of the following. Charged for replacement of item/s, placed on temporary restriction status and/or loss of canteen privileges. Refusal to sign a trust withdrawal or indigent status **WILL** result in disciplinary action.

08. Showers are provided three times each week on third watch, **during normal operations**. Allowable items to be taken to the shower are: soap, shampoo, towel/washcloth and shower shoes and 1 pair of boxer shorts.

09. Yard program will be provided daily **during normal operations**. Yard may be periodically cancelled due to Special Committees, severe weather conditions, power failure, incidents, and institutional need. Calling cadence, or participating in a group cadence exercise on the yard **WILL** result in removal from the yard and a CDCR 115 will be issued.

10. Haircuts and nail clipper usage will be provided on a rotational basis as scheduled. Access to the clippers shall be offered **during normal operations** during **third watch**.

11. Appliances and jewelry are **not** allowed in the ASU. Including religious items.

12. At no time will **ANY** trash or condiment packets be thrown out of your cell under your door. Trash pick up will be twice a day during trash and tray pick up. A CDCR 115 will be issued for littering the tier.

#14 ADMINISTRATIVE SCOREGATION IS DESIGNED FOR TEMPORARY HOUSING, WHILE MAINTAINING HIGH LEVEL OF SAFETY AND SECURITY. ALL PERSONAL PROPERTY THAT IS NOT ALLOWED IN THE ASU. WILL BE INVENTORIED AND STORED IN THE B' FACILITY ASU PROPERTY ROOM PENDING INVESTIGATION TRANSFER Ect

COURT HAS ORIGINAL COPY.

5.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDCR 128G (REVISED 4/07)

**NO:** V-11328      **NAME:** SCHOPPE-RICO, JOHN      **HSG:** ASU #4
Custody: MAX-S      PS: 106      Level: IV      WG/PG: D1/D      EFF: 01/18/2008 Assignment: ASU
Rel Date: MEPD 10/19/2050 Reclass: 05/02/2008 **Action: RETAIN IN ASU PENDING RVR; REFER TO CSR RX 30-DAY ASU EXTENSION**
BPH Rev: NA

**RECOMMENDED ACTION: Retain in ASU pending RVR. Refer to CSR recommending 30-day ASU extension.**

**ADMINISTRATIVE PLACEMENT FACTORS:** Inmate SCHOPPE-RICO appeared before PBSP AD-SEG, ICC on this date for Subsequent Review. Inmate was ordered placed in Administrative Segregation pursuant to CCR 3335(a) on 01/22/08. Pursuant to CCR 3336 the Reason for Placement in ASU is: due to a pending RVR dated 01/18/08, ▬▬▬▬▬▬▬▬

**DISCUSSION:** CDCR 115 relative to this charge is noted in Log #B08-02-0058 and has been issued and has been adjudicated. On 03/24/07 S was found Guilty of Division D offense of ▬▬▬▬▬▬▬▬ however, the CDCR 115 routing/signing process has yet to be completed. Committee also notes S was the victim of Attempted Murder on 03/14/08 and it is unknown at this time if S has any safety concerns if released to G.P.

**STAFF ASSISTANCE:** S was not provided a Staff Assistant as he speaks and understands English, is literate, and is not a participant in the MHSDS, and has an RGPL noted to be above 4.0.

**MENTAL HEALTH REVIEW:** ICC notes CDCR 128-C, dated 01/30/08, noting S is not a participant in the MHSDS level of care.

**DA ACTION:** NA

**CELL STATUS:** S is Single Celled due to safety concerns. ICC acts to affix the S suffix.

**YARD STATUS: Committee acts to place S on Walk Alone Yard Status, Individual Exercise Yard, based upon case factor review.**

**COMMITTEE ACTION: Retain in ASU pending completion of disciplinary process. Refer to CSR for 30-day ASU extension.**

**INMATE COMMENTS:** S expressed his understanding of the basis for the ICC action and agreed with the action.

**APPEAL RIGHTS:** S was advised of his right to appeal the aforementioned decisions, and submit the appeal within 15 days of today's action, whether or not he has received the 128G classification chrono, to preserve his appeal rights pursuant to time constraints.

**CHAIRPERSON:** F. JACQUEZ/CDW                            **RECORDER:** S. O'DELL/CCII

COMMITTEE MEMBERS:      R. BELL/FC            J. PASCOE/PHD

**DATE:** 04/02/2008           **ASU INSTITUTIONAL CLASSIFICATION COMMITTEE**           **Inst.: PBSP**

NAME: _Lekogre-Rico_          NUMBER _V11385_          HOUSING _~~~~~~_          PBSP-LAB-001

**PELICAN BAY STATE PRISON**          **HEALTH CARE SERVICES UNIT**

**NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS**          **TEST DATES:** _3/20/08_

| TYPE OF TEST: | BASIC BLOOD TESTS | HEPATITIS SCREEN | X-RAY | EKG |
| --- | --- | --- | --- | --- |
| (circle test type) | OTHER: | | Rt. Wrist | |

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☑ Your test result is essentially within normal limits. No physician follow-up is required.

☐ Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐ Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

☐ Your test result is not within normal limits. Further studies are required and have been scheduled for you. You

will receive further information on this study at a later date.

PHYSICIAN REMARKS   _HEALING FRACTURES MEDIAL GSW_



1. HEALTH RECORD COPY

2. PATIENT COPY

3. PHYSICIAN COPY

_____
Physician & Surgeon

_4-7-08   1:00 pM_
Date & Time

**CONFIDENTIAL**

NAME :          **NUMBER**          **HOUSING**          **PBSP-LAB-001**

7

FR: SCHOPPE-RICO, J.
PELICAN BAY STATE PRISON
C.D.C # V-11328
ASU ~ A04L
P.O. BOX # 7500
CRESCENTCITY, CA. 95532.

DATED 4-16-08.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA.

SCHOPPE-RICO, J.
        HABEAS PLAINTIFF.

        V/S.

ROBERT A. HOREL, WARDEN P.B.S.P.
        RESPONDENT.

IN RE: 18 USC § 3006 A. (FEDERAL AUTHORITY)

CASE NO: C-07-5116.

STATE HABEAS NO: 06147C-1

INJUCTION WITH HABEAS REQUEST
FOR APPOINTMENT OF COUNSEL
AND DECLARATION OF INDIGENCY.

SEE: ATTACH MOTION FOR EXTENTION OF TIME.
ALSO
SEE: CRC: RULE 4.551 (C) (2),

1.
        I, SCHOPPE-RICO, DECLARE THAT I AM THE PETITIONER TO THE ABOVE-ENTITLED
MATTER. IN PRO-PER. THAT I AM INCARCERATED AT PELICAN BAY STATE PRISON
SEGREGATION UNIT, INJURED AND DISABLED, FROM ATTEMPTED MURDER INJURIES
AFFLICTED ON ME. AND THAT I AM INDIGENT AND UNABLE TO AFFORD
COUNSEL. MY TOTAL ASSETS ARE $0.00 AND MY INCOME IS $10.00 PER SIX MONTHS
I HAVE THE RIGHT TO COURT APPOINTED COUNSEL IN A HABEAS PROCEEDING
WHEN COURT ISSUED A ORDER TO SHOW CAUSE, IT MUST THEN APPOINT ONE
COUNSEL FOR ANY PRISONER WHO WANTS TO BE REPRESENTED BY AN
ATTORNEY BUT CANNOT AFFORD ONE. IN RE: C.R.C. RULE 4.551 (C)(2),
FURTHER THE EVIDENCE LEGNTHLY RESEARCH AT ISSUE HERE, TO AMEND PETITION
CLAIMS AND COGNIZABLE. INVOLVES CONFIDENTAL INFORMATION THAT CAN
BE DIVULGE TO A PRO-PER PETITIONER AND/OR ONLY BE DIVULGED TO AN
ATTORNEY UNDER PROTECTIVE ORDER. WHO MAY HAVE FULL ACCESS TO ALL
MATERIALS AND EVIDENCE, THE APPOINTMENT OF COUNSEL WILL ALLOW FOR
A FAIR AND FULL LITIGATION OF THIS MATTER.

2. I AM INFORMED AND BELIEVE I'VE BEEN FILING MY HABEAS CORPUS WITHIN
THE STATUE OF LIMITATION OF TIME_IN ACCORDANCE WITH THE (A.E.D.P.A.)
STATUE LIMITATION. 28. U.S.C. 2244. (d) AND (1). AS WELL ALL STATE

1.

CONTINUED #2.

REMEDIES AVAILABLE WERE EXHAUSTED AND MY HABEAS WERE ALL FILED
TIMELY IN A TIMELY FASHION WITHIN ITS YEAR TOLLING

3.) AS WELL IT IS BELIEVED DUE TO PETITIONER HAS NO G.E.D. OR HIGH
SCHOOL DIPLOMA, OR LEGAL DEGREES OR TRAINING, DUE TO HIS
ILLITERACY OF THIS PRO-SE PETITION. PETITIONER, JUST AS IN RE. HUGHES,
V. IDAHO STATE BOARD OF CORRECTIONS (9th CIR, 800 F.2d, 905, 909.) HE HAS
NO PROFESSIONAL LEGAL EDUCATION OR REALLY NO GENERAL KNOWLEDGE
UNDERSTANDING OF THE LAW OR PROCEDURES OR COURT REGULATIONS
THEREOF, OF IT, FOR THEREFORE COURT SHOULD APPOINT COUNSEL. SEE
MIHON V. MORRIS ON. REPRESENTATION COUNTY JAIL WERE INADEQUATE FOR
HIM TO PREPARE A DEFENSE.

4.) I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THE MATTER. SO THAT
MY INTEREST, CONSTITUTIONAL FEDERAL RIGHTS AND, AMENDMENTS ARE
PROTECTED OR MAYBE, BY THE PROFESSIONAL ASSISTANCE REQUIRED,
SEE. TOUSSAINT V. MC CARTHY 926. F.2d 800, 801 (9th CIR, 1990). AS JUDGE
NOONAN SAID IN DISCUSSING ACCESS TO A LAW LIBRARY FOR SEGREGATION PRISONERS:

   " A COLLECTION OF BOOKS IS NEVER A SUBSTITUTE FOR A LAWYER, WE SHOULD
   NOT ROMANTICIZE WHAT EVEN A JAILHOUSE LAWYER, MUCH LESS A POORLY
   EDUCATED INMATE CAN ACCOMPLISH BY RUMMAGING FOR A FEW HOURS IN A
   LIMITED COLLECTION, MANY INTELLIGENT PRISONERS CAN PICK UP THE LINGO OF
   THE LAW, VERY FEW OF THEM CAN PUT IT ALL TOGETHER AND PRESENT A
   PERSUASIVE PETITION OR CLAIM. "

5.) PRAYER FOR RELIEF. 1) APPOINT COUNSEL SOON AND EXTEND TIME FOR
COUNSEL, TO PREPARE A DEFENSE ANY PETITIONS. 2.) DECLARE THE
RIGHTS OF PETITIONER. 3.) REVERSE THE GUILTY FINDING OF THE
JURY CHARGE OR PETITIONER'S MOTION, DENIAL BY JUDGES. 4.) RESTORE
THE (8) YEARS OF LOST TIME TO PETITIONER, 5.) EXPUNGE ALL
REFERENCE TO THE CRIMINAL CHARGE FROM PETITIONERS RECORDS,
6.) APPOINT COUNSEL AWARD REASONABLE ATTORNEY FEES. AND, 7.)
GRANT ANY OTHER AND FURTHER RELIEF THE COURT DEEMS PROPER.

6.) I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND
CORRECT AND THIS DECLARATION WAS EXECUTED ON 4-16-08 AT
CRESCENT CITY, CALIFORNIA.

DATED: _____   APPOINTMENT OF
                 COUNSEL
        _____  DENIED OR

_____          GRANTED _____

RESPECTFULLY SUBMITTED
SCHOPPE-RICO, J.

2

Fr: SCHOPPE-RICL. J.
PELICAN BAY STATE PRISON
C.D.C# V-11328
P.C. BOX # 7500
CRESCENT CITY. CA. 95532.

DATED: 4-10-08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA.

SCHOPPE-RICL. J.
    PLAINTIFF, DEFENDANT.

VS.

ROBERT A. HOREL. (P.B.S.P WARDEN)
    RESPONDANT

CASE NO: C-07-5116.

PETITIONER'S FIRST REQUEST FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO RESPONDENTS.

PROPOUNDING PARTY: PETITIONER.

RESPONDING PARTY: RESPONDENTS, PAUL GRAVES,
    1.) NAMES:
        CONTRA COSTA COUNTY
        DISTRICT DEP. ATTORNEY.

    2.) NAME: LAW ENFORCEMENT OR INVESTIGATIVE
        AGENCIES. OF CONTRA COSTA COUNTY.

    3.) NAME: ATTORNEY GENERAL OF CALIFORNIA STATE.

    4.) NAME: LAWYERS /C.C.C.) PUBLIC DEFENDERS
        OFFICE. OF DAVID COLEMAN AND P.D.
        ELLEN V. LEONIDA,
        AND APPELLATE ATTORNEY/KYLE GEE,
        OF OAKLAND ATTORNEY A. ASHE,

    5.) NAME: CONTRA COSTA COUNTY SUPERIOR COURT
        APP. CLERK CRIMINAL DIVISION TO PRODUCE
        ALL COURT AN REPORTER TRANSCRIPTS.

    6.) NAME: CONTRA COSTA COUNTY JAIL MENTAL
        HEALTH. DIRECTOR AND DOCTOR DIRECTOR,

    7.) NAME: ROBERT A. HOREL. P.B.S.P WARDEN
        AND MEDICAL DIRECTOR.

SET NUMBER:    ONE.   8.) NAME: AND ANY OTHER AGENCIES NOT LISTED

1

PETITIONER HEREBY PROPOUNDS, THIS FIRST REQUEST FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO ALL LISTED RESPONDENTS. PAUL GRAVES, D.A. HIS INVESTIGATOR MR. SANCHEZ. CONTRA COSTA COUNTY LAW ENFORCEMENT, SHERIFF, THE ATTORNEY GENERAL, LAWYERS PUBLIC DEFENDERS OFFICE OF CONTRA COSTA COUNTY, DAVID COLEMAN, AND ELLEN V. LEONIDA. APPELLATE ATTORNEY KYLE GEE OF OAKLAND, AND PITTSBURG, ATTORNEY MR. ASHE, AND THE APPELLATE CONTRA COSTA COUNTY SUPERIOR COURT CLERK", THE CONTRA COSTA JAIL MENTAL HEALTH DIRECTOR AND MEDICAL DOCTORS. FROM ALSO ANY OTHER AGENCIES OR HOSPITALS,) AND PELICAN BAY STATE PRISON WARDEN ROBERT A. HOREL AND DIRECTOR AND MEDICAL STAFF. AND ANY OTHER AGENCIES NOT LISTED, SUCH AS INVESTIGORS FOR THE LAWYERS, JUAN SOLICE AND ROBERT JONES, AND SO FORTH. SAID APPOINTED-COUNSEL WILL MIGHT LIKE TO ADD. "RESPONDENTS ARE REQUIRED TO PRODUCE THE SPECIFIED DOCUMENTS WITHIN 30-DAYS FROM THE SERVICE OF THIS REQUEST. PRODUCTION OF DOCUMENTS SHALL TAKE PLACE AT PELICAN BAY STATE PRISON OR AT THE OFFICE OF "ANY APPOINTED COUNSEL FOR PETITIONER.

## DEFINITIONS AND INSTRUCTIONS.

A.) "DOCUMENTS" OR "RECORDS" SHALL INCLUDE WRITINGS AND PRINTED MATTER OF EVERY KIND AND DESCRIPTION, INCLUDING BY WAY OF ILLUSTRATION AND NOT LIMITED TO: ELECTRONICALLY STORED DATA, INCLUDING COMPUTER DISKS OR TAPES, ELECTRONIC AUDIO OR VIDEO RECORDINGS AND THE SCRIPTS OF SAME, ELECTRONIC OR HARD COPY EMBODIMENTS OF ANALYTICAL OR MONITORING EQUIPMENT OR DEVICES; PHOTOGRAPHS, DRAWINGS; MAPS SKETCHES; PLOT PLANS; DIAGRAMS, NOTES; MINUTES AND ELECTRONIC RECORDINGS OF ORAL COMMUNICATIONS, LETTERS AND MEMORANDA; COMPUTER PRINTOUS, AND ANY HARD COPY REPRENTED/S OF DATA INFORMATION AND/OR OTHER RECORD COMPILATION WHICH ARE STORED BY MEANS OF COMPUTER OR ELECTRONIC DEVICES; LOGS; CHARTS, OR STRIPS OF ANALYTICAL OR MONITORING EQUIPMENT; X-RAYS OF INJURIES, OR OTHER OUTPUT OF RADIO GRAPHIC EXAMINATIONS, TRANSCRIPTS OF TESTIMONY AND PROCEEDINGS VIDEO TAPES, FILMS; BLUEPRINTS; REPORTS; SUMMARIES, NEWSPAPER ACCOUNTS STATEMENTS; ESTIMATES; PROPOSALS AND PROTOCALS, CITATIONS, ORDERS, AND COURT PLEADINGS, IT SHALL ALSO INCLUDE ANY ADDITIONAL COPY OR DUPLICATE OF ANY DOCUMENT AS DESCRIBED ABOVE WHICH CONTAINS ANY HANDWRITINGS TYPE WRITINGS, NOTATIONS, MODIFICATION OR OTHER ADDITION THERE TO OF ANY

KIND AS WELL AS ANY ROUGH OR PRELIMINARY DRAFT(S) OR OTHER ADDITION THERETO OF ANY KIND DOCUMENTS,

B.) "RESPONDENT(S) MEANS, ROBERT A. HOREL-WARDEN AND DIRECTOR, PAUL GRANG. DISTRICT ATTORNEY. ATTORNEY GENERAL, CONTRA COSTA COUNT SUPERIOR COURT CLEARK, ITS LAW ENFORCEMENT AND INVESTIGATORS, THE LAWYERS KYLE GEE, DAVID C. COLEMAN, ELLEN U. LEONIDA. INVESTIGATORS JUAN GOUSE. ROBERT JONES AND ANY AN ALL MEDICAL HEALTH CARE AGENCIES PRO-COUNSEL TECHNICAL AND MEDICAL EXPERT, MT. DIABLO MEDICAL HOSPITAL, AND ECT. ANY OF THEIR REPRESENTIVES, AGENTS, INDIVIDUALS OR ENTITIES ACTING ON THEIR BEHALF, BOTH PRESENT AND FORMER.

C.) THE WORDS "DESCRIBE" OR "REFER" TO AS USED HEREIN IN CONNECTION WITH ANY CATEGORY OF DOCUMENTS MEANS AND INCLUDES ALL DOCUM - ENTS MEANS AND INCLUDES ALL DOCUMENTS THAT DISCUSS, CONSTITUE, MEMORIALIZE. CONCERN, MENTION, SUMMARIZE, REFLECT, REFER TO OR PROVIDE EVIDENCE OF THE SUBJECT MATTER OR EACH CATEGORY DOCUMENTS,

D.) IF ANY INFORMATION CALLED FOR BY ANY DISCOVERY REQUES THEREIN IS WITHHELD FOR REASON, INCLUDING A CLAIM THAT SUCH INFORMATION CONSTITUTES A PRIVIEDGED DOCUMENT AND/OR COMMUNICATION. STATE THE FOLLOWING WITH RESPECT TO EACH DOCUMENT OR COMMUNICATION

1.) DATE :

2.) THE IDENTITY OF THE AUTHOR OR MAKER, INCLUDING THE BUSINESS OR LEGAL TITLE OR POSITION AND THE INDIVIDUAL'S CURRENT ADDRESS AND BUSINESS AND RESIDENCE TELEPHONE NUMBERS :

3.) THE IDENTITY OF THE AUTHOR OR MAKER, INCLUDING OF THE RECIPIENT INCLUDING THE BUSINESS OR LEGAL TITLE OR POSITION, AND THE INDIVIDUALS CURRENT ADDRESS AND BUSINESS AND RESIDENCE TELEPHONE NUMBERS;

4.) NUMBER OF PAGES ;

5.) SUBJECT MATTER;

6.) THE IDENTITY OF ALL OTHER PERSONS WHO RECEIVED COPIES OF THE DOCUM - ENTS OR OTHERWISE LEARNED OF THE DOCUMENTS OR COMMUNICATION; AND

7.) THE SPECIFIC FACTUAL BASIS FOR WITHHOLDING THE DOCUMENTS OR. COMMUNICATION INCLUDING ANY CLAIM PRIVILEGE ,

E.) THE TIME PERIOD COVERED BY THESE DOCUMENTS DEMANDS FOR INSPECTION IS FROM _____ . TO THE PRESENT UNLESS OTHERWISE SPECIFIED    (DATE).

F.) THE CONJUNCTIVE SHALL ALSO INCLUDE THE DISJUNCTIVE AND VISE VERSA.

G.) THE SINGULAR SHALL INCLUDE THE PLURAL AND VISE VERSA.

## DOCUMENT REQUEST.

PETITIONER REQUEST THAT RESPONDENTS PRODUCE ALL DOCUMENTS IN THEIR POSSESSION CUSTODY OR CONTROL WHICH CONCERN THE FOLLOWING. PURSUANT TO PENAL CODE § 1054.1. THE XIVth AMENDMENT OF THE UNITED STATE CONSTITUTION. BRADY V. MARYLAND (1963) 373 U.S. 83. PETITIONER CURRENTLY DOES NOT HAVE ENTIRE DISCOVERY NOR DOES SAID APPOINTED-COURT COUNSEL, THE FOLLOWING IS MISSING AND REQUESTED.

## DOCUMENT REQUEST NO. 1:

THE COMPLETE RECORDS, COURT AND REPORTER TRANSCRIPTS OF ALL PROCEEDINGS SEALED OR UNSEALED OF PRELIMINARY AND TRIAL HEARING. AND ALL RECORDS FILES, MOTIONS OF SCHOPPE-RICO. BASED ON HIS WRONGFUL CONVICTION.

## DOCUMENT REQUEST NO. 2:

ANY AND ALL POLICE REPORTS OR DOCUMENTS, LAW ENFORCEMENT PERSONELL (POLICE OFFICERS, DISTRICT ATTORNEY, INVESTIGATOR. ECT.) REGARDING CONVERSATION OR INTERVIEWS WITH WITNESSES AND WRITTEN REPORTS BASED THEREON INCLUDING NOTES AND DRAFTS AS WELL AS FINAL REPORTS AND COPIES OF ALL DAILY FIELD INTERROGATION CARD AND ACTIVITY LOGS, PREPARED IN CONNECTION WITH THIS CASE, THAT REFER TO OR DESCRIBE ANY DECISIONS OF AN EMPLOYEE OF ANY OF THE EIGHT LISTED RESPONDENTS PERTAINING TO THE CONVICTION OF SCHOPPE-RICO.

## DOCUMENT REQUEST NO. 3:

ANY AND ALL DOCUMENTS THAT PERTAIN TO THE BASIS OF THE DECISION TO PLACE SCHOPPE-RICO. IN CUSTODY AND CONVICTED THEN SENT TO PRISON FOR AN PRISON TERM OF 5TH TO LIFE. INCLUDING BUT NOT LIMITED TO ANY DOCUMENTS REVIEWED OR CREATED BY ANY OF THE RESPONDENT AGENCIES. OR WITNESSES. LIST ALL NAMES, CURRENT ADDRESSES, TELEPHONE NUMBERS, AND ANY STATEMENTS, A WRITTEN ORAL STATEMENT OF ANY WITNESSES. ANY AND ALL STATEMENTS OF THE DEFENDANT. WHETHER RECORDED, WRITTEN OUT, PRESERVED BY NOTES OR COMMITTED TO MEMORY, AS TO UNWRITTEN STATEMENTS. A WRITTEN OR ORAL SUMMARY OF SUCH. INCLUDING PHOTOGRAPHS, AND VIDEOS AND AUDIO TAPES. AND OF BUSINESS OF CAMERAS IN LOCATION OF INCIDENCES, PHYSICAL EVIDENCE THATS BEEN WITHHELD AT OR BEFORE TRIAL IS TO BE PRODUCED,

## DOCUMENT REQUEST NO. 4:

ANY AND ALL DOCUMENTS THAT REFER TO OR DESCRIBE SCIENTIFIC proof ALL WRITTEN AND ORAL REPORTS AND RECORDS (INCLUDING ALL NOTES MADE BY THE TESTER OR (ANALYST.) OF ALL CHEMICAL, BIOLOGICAL, MEDICAL

CONTINUED:

CRIMINOLOGICAL, LABORATORY, OR OTHER TESTING AND EXAMINATION OF ANY PHYSICAL EVIDENCE OBTAIN IN THE INVESTIGATION OF THIS CASE ("THAT HAS NOT BEEN PRODUCED"AND WAS WITHHELD AT TRIAL) WAS THE D.N.A. BLOOD TEST OF INTOXICATION LEVELS, AND MEDICAL EXPERTS OR EVIDENCE OF PETITIONERS DISABILITIES HAND INJURIES. INCLUDING BUT NOT LIMITED TO THE VICTUMS BODY (AUTOPSY REPORT, BODILY FLUIDS AND OR CLOTHING AND SAMPLES OF ANY SUCH REMAINING FLUIDS OR SPECIMENS OF INTOXICATION AND POSSESSIONS, AS WELL THE BALLISTICS TEST OR TESTING DONE UPON ANY OBJECT OR PERSON AND ANALYSES OF ANY FINGER OR PALM PRINTS OR SUBSTANCE, THAT RELATES TO SCHOPPE - RICOS CASE. # V-11328.

DOCUMENT REQUEST, NO; 5;

ANY AND ALL DOCUMENTS THAT REFER TO OR DESCRIBE CRITICAL CASE INFORMATION THAT RELATES TO SCHOPPE-RICO. # V-11328. INCLUDING BUT NOT LIMITED TO MEDICAL RECORDS, MENTAL HEALTH RECORDS OR DISABILITY RECORDS, INJURY RECORDS, MEDICAL TREATMENT RECORDS. OF THE ACCUSSED OR THE ALLEGED VICTUM, AND QUALIFIED EXPERTS IN THE MEDICAL FIELD.

DOCUMENT REQUEST NO: 6;

ANY AND ALL DOCUMENTS THAT REFER TO DEFENDANT OR ALLEGED VICTUM PRIOR OFFENSES OR IMPEACHMENT EVIDENCE, ACTS MORAL TURPITUDE WHETHER ACTS OR NOT SUCH RESULTED IN CRIMINAL CONVICTION PROBATIONARY STATUS AND ANY OTHER POTENTIAL IMPEACHMENT INFORMATION OF ANY WITNESS IN SCHOPPE-RICOS CASE.

DOCUMENT REQUEST NO: 7;

ANY AND ALL INDEPENDENT DOCUMENTS OF BOOKING NOTES, RECORDS, PHOTOGRAPHS, PROPERTY LOGS, OF DEFENDANTS, ALL REPORTS NOTES, SKETCHES GENERATED BY WITNESSES, NAMES AND ADDRESSES OF ALL PERSONS DETAINED OR ARRESTED AS SUSPECTS IN THE INVESTIGATION OF THIS CASE AND ALL STATEMENTS WRITTEN AND OTHERWISE RECORDED OF PERSONS INTERVIEWED AS POTENTIAL SUSPECTS OF THIS CASE. SUCH AS DAN MENTION AT (CLERK TRANSCRIPTS PGS. 390-THROUGH. 394), AND A "PAUL REVERE" AT. C.T. PGS. 79.) IN SCHOPPE -RICOS, CASE.

DOCUMENT REQUEST NO: 8;

ANY AND ALL DOCUMENTS OF ALL CRIME REPORTS AND ARREST REPORTS CONCERNING ANY ACTS OF VIOLENCE OR ATTEMPTED VIOLENCE BY THE ALLEGED VICTUM TENDING TO SHOW THAT THE ALLEGED VICTUM HAD A HISTORY OF PRIOR ACTS OF VIOLENCE GUN USE, KNIFE USE, ASSAULTS, THREATS, DRUG USE OR DEALINGS OR OTHER ACTS OF MORAL TURPITUDE. AND ANY EXORINATING EXCULPATORY EVIDENCE INFORMATION PROVIDED BY ANY INFORMAT(C.I.) OF SHARON CONWAY THAT RELATES TO THE SUSPECTS IN THIS CASE OF IDENTIFICATION, TO BE PRODUCED IN SCHOPPE-RICO. # V-11328.

CONTINUED

## DOCUMENTATION REQUEST NO. 9,

ANY AND ALL EVIDENCE UPON WHICH THE PROSECUTION CALLED TO RELY ON TO ESTABLISH THE FACT THAT DEFENDANT WAS OR WAS NOT INVOLVED IN GANG ACTIVITY, INCLUDING BUT NO LIMITED TO THE FOLLOWING. 1.) ANY AND ALL PHOTOGRAPHS, SKETCHES, VIDEO TAPES, AUDIO TAPES, OR ANY OTHER DEPICATION OF THE DEFENDANT OBTAINED THROUGH ANOTHER MULTIMEDIA DEVISE TENDING TO SHOW, ESTABLISH THAT DEFENDANT WAS OR IS A MEMBER OR ASSOCIATE OF A GANG. 2.) ANY OTHER DOCUMENTS, WRITINGS OR OTHER MATERIAL IN THE POSSESSION OF LAW ENFORCEMENT AND THE PROSECUTION THAT TENDS TO ESTABLISH THAT DEFENDANT POSSESSES ANY CLOTHING, JEWELRY, OR OTHER OBJECTS OF A PARTICULAR GANG. 3.) ANY AND ALL DOCUMENTS, INFORMATION REGARDING THE NICKNAMES, ALIASES OR MONIKERS THAT THE INVESTIGATION LAW ENFORCEMENT AGENCY (S), OR, AND THE PROSECUTION CONTENDS THAT THE DEFENDANT IS ACCUSED KNOWN BY. 4.) ANY IN FIELD IDENTIFICATION (F.I. CARDS.) FIELD INTERVIEW REPORTS, (F.I.R.) OR AUTOMATED FIELD INTERVIEW REPORT'S OR CARDS (A.F.I.) PERTAINING TO THE DEFENDANT AND HIS AFFILIATION LABLE. 5.) THE NAME AND QUALIFICATIONS OF THE GANG EXPERT, WHICH THE PROSECUTOR INTENDS TO CALL AND USE. ALL DOCUMENTS AND CORRESPONDING REPORTS, WHICH THE PROSECUTOR WILL USE TO ESTABLISH THE PATTERN OF CRIMINAL ACTIVITY OF THE NORTENO STREET GANG, ENCLUDING PUBLICATIONS, REPORTS THAT THE GANG EXPERT HAS REFERED TO, CONSIDERED, RELIEDUPON, IN ARRIVING AT HIS OPINION OF DEFENDANT. 6.) ANY REPORT, NOTES FIELD INTERVIEW CARDS OR OTHER WRITINGS OR COMPUTER ENTRIES. REGARDING PETITIONERS BACKGROUND, MEMBERSHIP OR ACTIVITY IN ANY GANG WITHIN THE COMPUTERIZED, "CAL GANG" SYSTEM OR ANY OTHER DATA BASE USED BY LAW ENFORCEMENT WHICH CONTAINS INFORMATIONS, ANY GUIDELINES, REGULATIONS, STANDARD DIRECTIVES, RULES OR POLICIES FOR THE ENTRY OF POLICIES OF INFORMATION. IN SCHOPPE-RICO CASE.

## DOCUMENTATION REQUEST NO. 10.)

ANY AND ALL DOCUMENTS THE SOURCES, BE IT A DOCUMENTS OR AN INDIVIDUAL THAT PROVIDED THE INFORMATION INCLUDES THE FILE ON THE DEFENDANT THAT DESIGNATES HIM AS A GANG MEMBER, ASSOCIATE OR AFFILATE. ANY DOCUMENT, REPORTS OR WRITINGS (OR OTHER RELATED INFORMATION) REGARDING ANY MECHANISM, POLICIES, PRACTICES OR RULES FOR UPDATING OR PURGING INFORMATION ABOUT AN INDIVIDUAL GANG AFFILIATION, ANY REPORTS OR WRITINGS REGARDING THE MECHANISMS, POLICIES, PRACTICES OR RULES FOR UPDATING OR REGARD SPECIFIC TRAINING TO PROP. 21, POLICIES, THAT IS GIVEN TO INDIVIDUALS WHO COLLECT OR ENTER INFORMATION ABOUT SUSPECTED GANG MEMBERS IN CAL GANG. CCCSC FILES OR OTHER LAW ENFORCEMENT FILES (COMPUTRIZE OR HARD COPIED), ALL INFORMATION IN THE POSSESSION OF THE ATTORNEY AND PROSECUTION, ITS GANG EXPERT, LAW ENFORCEMENT AGENCIES REGARDING GANG AFFILIATION OF THE WITNESSE(S) LISTED IN THE POLICE REPORTS, IN THIS MATTER

CONTINUED.

### DOCUMENT REQUEST NO. 11;

ANY AND ALL DOCUMENTS THAT REFER OR DESCRIBE, AS TO ALL WITNESSES, WHO MAY BEEN OR CALLED TO TESTIFY AT THE TRIAL OF THIS CASE OR WHO WERE PERCIPIENT WITNESSES TO THE ALLEGED OFFENSE, WHETHER OR NOT THEY ARE TO BE CALLED TO TESTIFY AT ANY HEARING OR TRIAL OF THE CASE, ALL AGREEMENTS, PROMISES, THREATS, INDUCEMENTS, OFFERS OF REWARD OR IMMUNITY, WITNESS FEES, FEES, TRANSPORTATION ASSISTANCE, ASSISTANCE TO MEMBERS OF THE WITNESS, FAMILY OR TO ASSOCIATES OF THE WITNESS, OR AFFIRMATIVE REPRESENTATION WHETHER WRITTEN OR ORAL, MADE TO SUCH PERSON, OR TO THEIR ATTORNEYS AND/OR PROSECUTION OF THE OFFENSES CHARGED IN THE INFORMATION, IN SCHOPPE-RICO'S CASE.

### DOCUMENT REQUEST NO. 12;

ANY AND ALL DOCUMENTS THAT REFER OR RELATE TO ALL INFORMATION REGARDING, CONTACT (BY PHONE, LETTER, OR OTHERWISE) BETWEEN THE DISTRICT ATTORNEY(S) OFFICE AND ANY LAW ENFORCEMENT AGENCY, DETENTION FACILITY OR COURT REGARDING, JENNIFER SMITH, DAN SHARON CONWAY AND PAUL REVERE PRESENT AT THE SCENE. ALL FACTS KNOWN LAWYERS AND INVESTIGATORS MAY HAVE, ALL PERSONEL WHICH MIGHT AID OR ASSIST PETITIONER IN LOCATING ANY THESE WITNESSES WHO MIGHT GIVE ANY TESTIMONY EXONERATING THE PETITIONER DEFEND ANT DIMINISHING THE NATURE OR DEGREE OF THE OFFENSE, OR WHICH IS OTHERWISE EXCULPATORY, IN SCHOPPE-RICO'S CASE.

### DOCUMENT REQUEST NO. 13;

ANY AND ALL FACTS KNOWN TO THE PROSECUTION OR LAW ENFORCEMENT PERSON- EL WHICH MIGHT AID OR ASSIST THE DEFEND, UPON HABEAS WHICH MIGHT OR WILL TEND TO INDICATE ANY PERSON OTHER THEN THE DEFENDANT WHO MIGHT BE IN ANY MANNER RESPONSIBLE FOR THE CRIME CHARGED, ALSO ALL RECORDS, LOGS MANUALS, AND OTHER DOCUMENTATION OF THE TRAIN- ING AND WORK EXPERIENCE OF THE DOG AND DOG HANDLER EMPLOYED IN THIS CASE.

### DOCUMENT REQUEST NO. 14;

ANY AND ALL DOCUMENTS, HERE IN PELICAN BAY STATE PRISON, RECEIVE AND RELEASE ADMINISTRATIVE SEGREGATION PROPERTY OFFICE ROOM, OF RESPONDENTS WARDEN STAFF IS HEREBY REQUESTED THAT THEY PROPERTY OFFICERS HAVE STORED AND ILLEGALLY WITH HOLDING ARE TO RELEASE TO SCHOPPE-RICO #V-11328, ALL HIS LEGAL PROPERTY TO HIM AS SOON AS POSSIBLE. THIS ENCLUDES, TRANSCRIPTS, LAW BOOKS MANUELS, REPORTS, MOTION, AND WORK PRODUCT, A ORDER NEEDS TO BE ISSUE, SO PETITIONER MAY PRESENT HIS PETITION TO COURT,

I SWEAR UNDER PENALTY OF PEARJURY THE FORGOING IS TRUE AND CORRECT. EXECUTED IN CRESCENT CITY, DATED: 4-12-08.

RESPECTFULLY SUBMITTED

Schoppe-Rico

IN PRO SE, SCHOPPE-RICO

7

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, JOHN Moses Schoppe-Rico                                    , declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____ PELICAN BAY STATE Prison,

in the county of DEL NORTE_____,

State of California. My prison address is: P.O. BOX #7500, CRESCENT

CITY CA. 95532.

On_____ 4 - 12 - 08_____,
                    (DATE)

     (2.PS)
I served the attached: INJUCTION WITH HABEAS REQUEST FOR APP.INT OF COUNSEL AND DECLARATION
        2.PS  (7.PGS)
OF INDIGENCY & MOTION AND DECLARATION OF GOOD CAUSE FOR EXTENSION OF TIME TO FILE "AMENDED PETITION"
WITH EXHIB. ATTACHMENTS & AND PETITIONERS FIRST REQUEST FOR INSPECTION & PRODUCTION OF DOCUMENTS
TO RESPONDENTS. 7. PS.    (DESCRIBE DOCUMENT)
on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

CLERK OFFICES / COURT                    ATTORNEY GENERAL, CALIFORNIA
U.S. DISTRICT. NORTH DIST.                   SAN FRANCISC OFFICE
OF CALIFORNIA.                               455 GOLDEN GATE AVENUE  SEE 11000
450 GOLDEN GATE AVENUE, 16 TH Floor;        SAN FRANCISCO, CA. 94102-3664
SAN FRANCISCO, CA. 94102

     I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on 4 12 - 08                    _____
              (DATE)                       (DECLARANT'S SIGNATURE)
                                            SCHOPPE-RICO, J

REQUEST FOR COUNSEL PER HEARING.

PELICAN BAY STATE PRISON
C.D.C. # V-11328
A.S.U. - AC4.
P.O. BOX # 7500
CRESCENT CITY, CA. 95532

DATED: 4-16-08

UNITED STATES DISTRICT COURT.

NORTHERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| SCHOPPE-RICO, J. <br> PLAINTIFF. <br><br> VS. <br><br> ROBERT A. HOREL, P.B.S.P. WARDEN <br> RESPONDENT | CASE NO: C-07-5116. <br> HABEAS STATE NO: 061470-1. <br><br> HABEAS CORPUS |

MOTION AND DECLARATION OF GOOD CAUSE FOR EXTENSION OF TIME TO FILE - "AMENDED PETITION",

1.) I THE UNDERSIGNED AM PETITIONER IN THIS CAUSE IN PROPIA-PERSONA. ON HABEAS CORPUS, JOHN M. SCHOPPE-RICO. AND HEREBY MOVE FOR AN EXTENSION OF TIME TO FILE THE OPENING "AMENDED PETITION" TO PETITIONER CLAIMS AND APPOINT-COUNSEL TO DO IT.

2.) THE PRESENT DUE DATE IS 30-DAYS FROM APRIL 2ND 2008 TIL MAY, 2008.

3.) I REQUEST AN EXTENSION OF 30-DAYS TO JUNE 2008, (SITUATE _____ .).
    A.) AND FOR COUNSEL TO BE APPOINTED THIS MONTH OF APRIL.

4.) A NOTICE PURSUANT TO RULE FEDERAL PROCEDURE 41(b) OR LOCAL RULE .311 AND FED. R. CIV. P. S(e) HAS BEEN ISSUED TO AMEND PETITION CLAIMS AND COGNIZABLE SOME CLAIMS A "SHOW OF CAUSE". (SOA).

5.) PETITIONER HAS NOT FILED NO PRIOR REQUEST FOR EXTENSION OF TIME TO DATE IN RELATION TO REQUEST EXTENSION OF TIME TO "AMEND PETITION", AND SHOW CAUSE AS WELL FILE OTHER REQUEST FOR DISCOVERY, EVIDENTIARY HEARING ECT. THE OPPOSITION OBTAINED NO EXTENSIONS.

6.) DEFENDANT WAS CONVICTED OF: FIRST DEGREE MURDER WITH FIRE ARM USE AND GANG ENHANCEMENTS. AND SHOOTING AT AN INHABITED DWELLING THE CONVICTION IS BASED ON A JURY VERDICT, AND DENIALS OF PETITIONERS TRIAL MOTIONS

1.) REQUEST SEE ACCOMPANYING "REQUEST FOR COUNSEL" FILED HEREWITH

1

7.) THE COURT IMPOSED THE FOLLOWING PUNISHMENT; SEVEN YEARS DETERMINATE, CONSECUTIVE TO FIFTY-YEARS-TO-LIFE

8.) DEFENDANT IS NOT ON BAIL PENDING HABEAS.

9.) THE RECORD CONSISTS OF 1668 PAGES OF CLERKS, TRANSCRIPTS AND 3032 PAGES OF REPORTER TRANSCRIPTS, THAT STILL NEED TO BE RECEIVED AND READ. PETITIONER IS CURRENTLY IN ADMINISTRATIVE SEGREGATION, WERE THEY ARE NOT ALLOWED PROPERTY. SEE ATTACHED ORIENTATION DOCUMENT OF CALIFORNIA DEPARTMENTS OF CORRECTION ASU. POLICY NUMBER (14.), (Pg.5 ATTACHED.)

10.) I HAVE COMPLETED THE FOLLOWING WORK ON THIS HABEAS; I HAVE WROTE THE ASU. AND LAW LIBARY STAFF TO BRING MY LEGAL WORK, TRANSCRIPTS, AND LAW BOOKS, TO REVIEW TO AMEND PETITION; I FILLED OUT ALL THE HABEAS CORPUS FORMS, AND RAISED ALL CLAIMS AND IS NOW DOING RESEARCH, UNDER MY CURRENT CONDITIONS.

11.) I NEED ADDITIONAL TIME BECAUSE OF THE COMPLEXITY AND NUMBER OF ISSUES; AS MORE FULLY EXPLAIN IN PARAGRAPH, 14. BELOW; THIS REQUEST RELATES TO THE FACT THAT THERE HAS NOT YET BEEN COMPLIANCE WITH THE ADMISTRATIVE SEGREGATION UNIT, STAFF OR LAW LIBARY STAFF. TO PROVIDE PRISONERS ALL THEIR LEGAL DOCUMENTS, LEGAL WORK, AND TRANSCRIPTS, SUCH THAT I DO NOT YET HAVE A COMPLETE RECORD ON HABEAS TO "AMEND PETITION", (SEE Pg 5.)

12.) OTHER TIME-LIMITED COMMITMENTS; ATTENDING ALL C.D.C. NORMAL OPERATIONS, MEDICAL, YARD, LAW LIBARY, COMMITTEE; THIS REQUEST DOES NOT RELATE PRIMARILY TO THIS FACTOR, ALTHOUGH SOON I COMPLETED SOME RESEARCH AND TAKING NOTES, FOR AMENDED PETITION, AND IS NOW UPON GOOD CAUSE, SHOWING REQUESTING FOR COURT TO APPOINT A COUNSEL, TO AMEND PETITION.

13.) PERSONAL REASONS FOR EXTENSION OF TIME (ILLNESS, FAMILY
EMERGENCY, THEN TRANSFERED TO ASU, FROM HOSPITAL.) I WAS
A VICTUM OF A ATTEMPTED MURDER ON ME. I WAS IN THE
CRESCENT CITY HOSPITAL EMERGENCY ROOM ON MARCH 14, 2008.
THEN TRANSPORTED TO THE PRISONS HOSPITAL INFIRMRY, WERE
I WAS TILL APRIL 4th 2008. FOR INJURIES I WAS JUST
OPERATED ON AND HAD SERGERY DONE ON MY EYES. I HAVE
BLURRY VISION, CAN BARELY READ AND SO FORTH. STILL UNDER
MEDICAL TREATMENT.    ( SEE ATTACHED. C.D.C. 128. G. OF PELICAN BAYS.)
                              ( ATTACH. PG, 6 )
14.) OTHER REASONS FOR EXTENSION OF TIME :

(A) ON APRIL 1, 2008, I SUBMITTED TO THE APPELLATE ATTORNEY
KYLE GEE. A RETURN OF ITEMS WITHHELD, AND A ITEMS CONTINUING
TO BE WITHHELD LETTER. OF A CLAIM FOR POSSESSION OF PERSONAL
PROPERTY. REPLEVIN, ON MY FILE. LETTER ADVISING THE APPEAL
ATTORNEY TO HAND OVER ALL DOCUMENTS FOR HABEAS CASE.
AND, PUBLIC DEFENDER ELLEN v. LEONIDA, WAS SERVED AS WELL,
OF IMPORTANT FILES. POLICE REPORTS. ECT. BEING WITH HELD. BY
THEM THATS MISSING TO COMPLETE AMENDED PETITION. THEY
WERE SERVED ON APRIL 1st 2008. FOR THE 3RD TIME.

(B) ON MARCH 12th 2008, AND APRIL 1st 2008. I WROTE A REQUEST
TO THE NORTHERN CALIFORNIAS INNOCENT PROJECT, FOR APPOINTMENT
OF COUNSEL. FIRST TIME NO REPLY. AGAIN THEY WERE CONTACTED
ON (4-1-08 ) AND WERE NOTIFIED OF MY MEDICAL CONDITION
STILL WAITING ON THERE RESPONSE.

(C) TO DATE THERE HAS NOT BEEN COMPLIANCE WITH THE REQUEST
SEEKING MY FILE. POLICE REPORTS. TRANSCRIPTS. ECT. FOR/FROM
ANY OF THESE AGENCIES WHO I AM WAITING ON IN REPORTING
BACK TO ME RETURNING VITAL DOCUMENTS TO ME AND RESPONDENTS
AT THIS INSTITUTION ARE WITHHOLDING MY LAW BOOKS AND LEGAL WORK.
IN VIOLATION OF (C.D.C.) TITLE, 15 ARTICLE, 6. # 3164. (b) (2) (C) AND (D)

3

(d) FOR ALL OF THESE REASONS. I AM UNABLE AT THIS TIME
TO PROCEED WITH PREPARATION OF PETITIONERS AMENDED
PETITION TO AMEND AND COGNIZE CLAIMS

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS
OF THE STATE OF CALIFORNIA THAT THE FORGOING IS TRUE AND
CORRECT.    EXECUTED IN CRESCENT CITY, CALIFORNIA ON
APRIL 10th 2008.

RESPECTFULLY SUBMITTED

PETITIONER ON
HABEAS, IN PRO-PER.
MR. SCHOPPE-RICO, Jr.

EXTENSION OF TIME IS.

_____    DENIED - OR

_____    GRANTED TO: _____

_____
PRESIDING JUDGE

4.

# ORIENTATION DOCUMENT

ADMINISTRATIVE SEGREGATION UNIT (ASU) / ADMINISTRATIVE SEGREGATION A-1

Revised: February 9, 2007                                    Page 1 of 2

01. In accordance with California State Law, Psychiatric Services staff will screen all inmates entering into a segregated housing unit. Be prepared to exit your cell for a short interview soon after arrival.

02. Be prepared for an un-clothed body search, each time you exit the cell. Hands on escorts are to be expected during all movement within the unit.

03. The wall area above the desk, approximately 3 ft x 4 ft is the **only** location to affix personal picture items, notes, calendars and schedules. All items are subject to removal during a cell search.

04. Due to the physical design and distances within this building, the Control Officer may not hear you. It is recommended that you communicate with the Floor Officers, and utilize Request for Interview forms whenever possible.

05. Supplies and forms (including pen fillers) will be issued **only once per week** (Saturdays) **during second watch**. During supplies you may obtain Law Library requests and cell study information, which will be collected and distributed by a designated **second watch officer** Monday thru Friday. All legal support and requests will be provided through the SHU library **only**.

06. Blanket exchange is offered each six months for long term occupants. Acrylic blankets are the only blankets used in ASU.

07. Clothing/Linen exchange is conducted **once each week (Wednesday) during third watch**. Any destruction of state property altered/missing linen, clothing or bedding will be assessed any or all of the following. Charged for replacement of item/s, placed on temporary restriction status and/or loss of canteen privileges. Refusal to sign a trust withdrawal or indigent status **WILL** result in disciplinary action.

08. Showers are provided three times each week on third watch, **during normal operations**. Allowable items to be taken to the shower are: soap, shampoo, towel/washcloth and shower shoes and 1 pair of boxer shorts.

09. Yard program will be provided daily **during normal operations**. Yard may be periodically cancelled due to Special Committees, severe weather conditions, power failure, incidents, and institutional need. Calling cadence, or participating in a group cadence exercise on the yard **WILL** result in removal from the yard and a CDCR 115 will be issued.

10. Haircuts and nail clipper usage will be provided on a rotational basis as scheduled. Access to the clippers shall be offered **during normal operations** during **third watch**.

11. Appliances and jewelry are **not** allowed in the ASU. Including religious items.

12. At no time will **ANY** trash or condiment packets be thrown out of your cell under your door. Trash pick up will be twice a day during trash and tray pick up. A CDCR 115 will be issued for littering the tier.

#14. ADMINISTRATIVE SEGREGATION IS DESIGNED FOR TEMPORARY HOUSING, WHILE MAINTAINING HIGH LEVELS OF SAFETY AND SECURITY, ALL PERSONAL PROPERTY THAT IS NOT ALLOWED IN THE A&1, WILL BE INVENTORIED AND STORED IN THE B-FACILITY USU PROPERTY ROOM PENDING INVESTIGATION TRANSFERS AND REASSIGNMENT INTO PERMANENT.

SEE #14 POLICY LISTED ON ORIGINAL COPY SENT TO THE COURTS.

5.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDCR 128G (REVISED 4/07)

NO:    V-11328    NAME: SCHOPPE-RICO, JOHN    HSG:    ASU/14
Custody:   MAX-S    PS:  106    Level:  IV    WG/PG:  D1/D    EFF:  01/18/2008  Assignment:  ASU
Rel Date:    MEPD 10/19/205C  Reclass:    05/02/2008    Action:    RETAIN IN ASU PENDING RVR; REFER TO CSR RX 30-DAY ASU EXTENSION
BPH Rev:    NA

**RECOMMENDED ACTION: Retain in ASU pending RVR. Refer to CSR recommending 30-day ASU extension.**

**ADMINISTRATIVE PLACEMENT FACTORS:** Inmate SCHOPPE-RICO appeared before PBSP AD-SEG, ICC on this date for Subsequent Review. Inmate was ordered placed in Administrative Segregation pursuant to CCR 3335(a) on 01/22/08. Pursuant to CCR 3336 the Reason for Placement in ASU is: due to a pending RVR dated 01/18/08, ████████ █████.

**DISCUSSION:** CDCR 115 relative to this charge is noted in Log #B08-02-0058 and has been issued and has been adjudicated. On 03/24/07 S was found Guilty of Division D offense of ███████ in a ███ however, the CDCR 115 routing/signing process has yet to be completed. Committee also notes S was the victim of Attempted Murder on 03/14/08 and it is unknown at this time if S has any safety concerns if released to G.P.

**STAFF ASSISTANCE:** S was not provided a Staff Assistant as he speaks and understands English, is literate, and is not a participant in the MHSDS, and has an RGPL noted to be above 4.0.

**MENTAL HEALTH REVIEW:** ICC notes CDCR 128-C, dated 01/30/08, noting S is not a participant in the MHSDS level of care.

**DA ACTION:** NA

**CELL STATUS:** S is Single Celled due to safety concerns. ICC acts to affix the S suffix.

**YARD STATUS: Committee acts to place S on Walk Alone Yard Status, Individual Exercise Yard, based upon case factor review.**

**COMMITTEE ACTION: Retain in ASU pending completion of disciplinary process. Refer to CSR for 30-day ASU extension.**

**INMATE COMMENTS:** S expressed his understanding of the basis for the ICC action and agreed with the action.

**APPEAL RIGHTS:** S was advised of his right to appeal the aforementioned decisions, and submit the appeal within 15 days of today's action, whether or not he has received the 128G classification chrono, to preserve his appeal rights pursuant to time constraints.

CHAIRPERSON:    F. JACQUEZ/CDW                    RECORDER:    S. O'DELL/CCII

COMMITTEE MEMBERS:    R. BELL/FC                J. PASCOE/PHD

DATE:    04/02/2008            ASU INSTITUTIONAL CLASSIFICATION COMMITTEE            Inst.: PBSP

NAME: _Schoppe-Rico_    NUMBER _V/1328_    HOUSING _~~C-179~~_    **PBSP-LAB-001**

**PELICAN BAY STATE PRISON**          **HEALTH CARE SERVICES UNIT**

**NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS**    **TEST DATES:** _3/20/08_

| TYPE OF TEST:<br>(circle test type) | BASIC BLOOD TESTS<br>OTHER: | HEPATITIS SCREEN | (X-RAY)<br>_Rt. Wrist_ | EKG |

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☑ Your test result is essentially within normal limits.  No physician follow-up is required.

☐ Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐ Your test result is not within normal limits.  You will be scheduled to discuss the results with a physician.

☐ Your test result is not within normal limits.  Further studies are required and have been scheduled for you.  You

will receive further information on this study at a later date.

PHYSICIAN REMARKS _Healing fractures, no acute GSW_

1.   HEALTH RECORD COPY
2.   PATIENT COPY
3.   PHYSICIAN COPY

_[signature]_ MD
Physician & Surgeon

_4-7-08   1:00 PM_
Date &Time

**CONFIDENTIAL**

NAME :          NUMBER          HOUSING          PBSP-LAB-001

FR: SCHOPPE-RICO, J
PELICAN BAY STATE PRISON
C.O.C # V-11328
ASU ~ A04L
P.O. BOX # 7500
CRESCENT CITY, CA. 95532.

DATED 4-16-08.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA.

SCHOPPE-RICO, J.
        HABEAS PLANTIFF.

        v/s.

ROBERT A. HOREL. WARDEN P.B.S.P.
        RESPONDENT.

IN RE: 18 USC § 3006 A. (FEDERAL AUTHORITY)

CASE NO: C-07-5116.

STATE HABEAS NO: 064170-1

INJUCTION WITH HABEAS REQUEST
FOR APPOINTMENT OF COUNSEL
AND DECLARATION OF INDIGENCY.

SEE: ATTACH MOTION FOR EXTENTION OF TIME.
        ALSO
SEE: CRC. RULE 4.551(c)(2),

1:

    I. SCHOPPE-RICO, DECLARE THAT I AM THE PETITIONER TO THE ABOVE-ENTITLED
MATTER. IN PRO-PER. THAT I AM INCARCERATED AT PELICAN BAY STATE PRISON
SEGREGATION UNIT, INJURED AND DISABLED FROM ATTEMPTED MURDER INJURIES
AFFLICTED ON ME. AND THAT I AM INDIGENT AND UNABLE TO AFFORD
COUNSEL. MY TOTAL ASSETS ARE $0.00 AND MY INCOME IS $16.00 PER SIX MONTHS.
I HAVE THE RIGHT TO COURT APPOINTED COUNSEL IN A HABEAS PROCEEDING
WHEN COURT ISSUED A ORDER TO SHOW CAUSE. IT MUST THEN APPOINT ONE
COUNSEL FOR ANY PRISONER WHO WANTS TO BE REPRESENTED BY AN
ATTORNEY BUT CANNOT AFFORD ONE. IN RE. C.R.C. RULE 4.551(c)(2),
FURTHER THE EVIDENCE LENGTHLY RESEARCH AT ISSUE HERE TO AMEND PETITION
CLAIMS AND COGNIZABLE. INVOLVES CONFIDENTAL INFORMATION THAT CAN
BE DIVULGE TO A PRO-PER PETITIONER AND/OR ONLY BE DIVULGED TO AN
ATTORNEY UNDER PROTECTIVE ORDER. WHO MAY HAVE FULL ACCESS TO ALL
MATERIALS AN EVIDENCE, THE APPOINTMENT OF COUNSEL WILL ALLOW FOR
A FAIR AND FULL LITIGATION OF THIS MATTER.

2. I AM INFORMED AND BELIEVE. I'VE BEEN FILING MY HABEAS CORPUS WITHIN
THE STATUE OF LIMITATION OF TIME IN ACCORDANCE WITH THE (A.E.D.P.A.)
STATUE LIMITATION. 28. U.S.C. 2244. (d) AND (1). AS WELL ALL STATE

1

CONTINUED #2.

REMEDIES AVAILABLE WERE EXHAUSTED AND MY HABEAS WERE ALL FILED TIMELY IN A TIMELY FASHION WITHIN ITS YEAR TOLLING

3.) AS WELL IT IS BELIEVED DUE TO PETITIONER HAS NO G.E.D. OR HIGH SCHOOL DIPLOMA, OR LEGAL DEGREES OR TRAINING, DUE TO HIS ILLITERACY OF THIS PRO-SE PETITION, PETITIONER, JUST AS IN RE, HUGHES, V. IDAHO STATE BOARD OF CORRECTIONS (9TH CIR, 800. F.2d, 905. 906.) HE HAS NO PROFESSIONAL LEGAL EDUCATION OR REALLY NO GENERAL KNOWLEDGE UNDERSTANDING OF THE LAW OR PROCEDURES OR COURT REGULATIONS THEREOF, OF IT, FOR THEREFORE COURT SHOULD APPOINT COUNSEL, SEE MIHON V. MORRIS ON, REPRESENTATION COUNTY JAIL WERE INADEQUATE FOR HIM TO PREPARE A DEFENSE.

4.) I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THE MATTER, SO THAT MY INTEREST, CONSTITUTIONAL FEDERAL RIGHTS AND AMENDMENTS ARE PROTECTED OR MAY BE, BY THE PROFESSIONAL ASSISTANCE REQUIRED, SEE. TOUSSAINT V. MC CARTHY 926. F.2d 800, 801 (9TH CIR, 1990). AS JUDGE NOONAN SAID IN DISCUSSING ACCESS TO A LAW LIBRARY FOR SEGREGATION PRISONERS.

" A COLLECTION OF BOOKS IS NEVER A SUBSTITUTE FOR A LAWYER, WE SHOULD NOT ROMANTICIZE WHAT EVEN A JAILHOUSE LAWYER, MUCH LESS A POORLY EDUCATED INMATE CAN ACCOMPLISH BY RUMMAGING FOR A FEW HOURS IN A LIMITED COLLECTION, MANY INTELLIGENT PRISONERS CAN PICK UP THE LINGO OF THE LAW, VERY FEW OF THEM CAN PUT IT ALL TOGETHER AND PRESENT A PERSUASIVE PETITION OR CLAIM. "

5.) PRAYER FOR RELIEF, 1.) APPOINT COUNSEL SOON AND EXTEND TIME FOR COUNSEL, TO PREPARE A DEFENSE AND PETITIONS, 2.) DECLARE THE RIGHTS OF PETITIONER, 3.) REVERSE THE GUILTY FINDING OF THE JURY CHARGE OR PETITIONERS MOTION DENIAL BY JUDGES, 4.) RESTORE THE (8) YEARS OF LOST TIME TO PETITIONER, 5.) EXPUNGE ALL, REFERENCE TO THE CRIMINAL CHARGE FROM PETITIONERS RECORDS, 6.) APPOINT COUNSEL AWARD REASONABLE ATTORNEY FEES, AND, 7.) GRANT ANY OTHER AND FURTHER RELIEF THE COURT DEEMS PROPER.

6.) I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT AND THIS DECLARATION WAS EXECUTED ON 4-10-08 AT CRESCENT CITY, CALIFORNIA.

DATED: _____    APPOINTMENT OF
                  COUNSEL
_____           DENIED OR

_____           GRANTED _____

RESPECTFULLY SUBMITTED
SCHOPPE-RICO, J.

2

Fr: SCHOPPE-RICC. J.
PELICAN BAY STATE PRISON
C.D.C # V-11328
P.C. BOX # 7500
CRESCENT CITY. CA. 95532.

DATED: 4-10-08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA.

SCHOPPE-RICC. J.
         PLANTIFF, DEFENDANT.

VS

ROBERT A. HOREL. (P.B.S.P. WARDEN)
         RESPONDANT

CASE NO: C:C7:5116.
PETITIONER'S FIRST REQUEST FOR
INSPECTION AND PRODUCTION OF
DOCUMENTS TO RESPONDENTS.

PROPOUNDING PARTY: PETITIONER.

RESPONDING PARTY: RESPONDENTS. PAUL GRAVES.
         1.) NAMES:     CONTRA COSTA COUNTY
                        DISTRICT DEP. ATTORNEY.

         2.) NAME: LAW ENFORCEMENT OR INVESTIGATIVE
                   AGENCIES. OF CONTRA COSTA COUNTY.

         3.) NAME: ATTORNEY GENERAL OF CALIFORNIA STATE.

         4.) NAME: LAWYERS / C.C.C. PUBLIC DEFENDERS
                   OFFICE. OF DAVID COLEMAN AND P.D.
                   ELLEN V. LEONIDA,
                   AND APPELLATE ATTORNEY/KYLE GEE.
                   OF OAKLAND ATTORNEY A. ASHE,

         5.) NAME: CONTRA COSTA COUNTY SUPERIOR COURT
                   APP. CLERK CRIMINAL DIVISION TO PRODUCE
                   ALL COURT AN REPORTER TRANSCRIPTS,

         6.) NAME: CONTRA COSTA COUNTY JAIL MENTAL
                   HEALTH. DIRECTOR AND DOCTOR DIRECTOR,

         7.) NAME: ROBERT A. HOREL. P.B.S.P WARDEN
                   AND MEDICAL DIRECTOR.

SET NUMBER: ONE . 8.) NAME: AND ANY OTHER AGENCIES NOT LISTED

1

PETITIONER HEREBY PROPOUNDS. THIS FIRST REQUEST FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO ALL LISTED RESPONDENTS.. PAUL GRAVES, D.A. HIS INVESTIGATOR MR. SANCHEZ.. CONTRA COSTA COUNTY LAW ENFORCEMENT. SHERIFF. THE ATTORNEY GENERAL. LAWYERS. PUBLIC DEFENDERS OFFICE OF CONTRA COSTA COUNTY. DAVID COLEMAN, AND ELLEN J. LEONIDA. APPELLATE ATTORNEY KYLE GEE OF OAKLAND. AND PITTSBURG, ATTORNEY MR. ASHE, AND THE APPELLATE CONTRA COSTA COUNTY SUPERIOR COURT CLERK" THE CONTRA COSTA JAIL MENTAL HEALTH DIRECTOR AND MEDICAL DOCTORS. FROM ALSO ANY OTHER AGENCIES OR HOSPITALS.) AND PELICAN BAY STATE PRISON WARDEN ROBERT A. HOREL AND DIRECTOR AND MEDICAL STAFF. AND, ANY OTHER. AGENCIES NOT LISTED. SUCH AS. INVESTIGORS FOR THE LAWYERS. JUAN SOLICE AND ROBERT JONES, AND SO FORTH, SAID APPOINTED - COUNSEL WILL HIGHT LIKE TO ADD. "RESPONDENTS ARE REQUIRED TO PRODUCE THE SPECIFIED DOCUMENTS WITHIN 30-DAYS FROM THE SERVICE OF THIS REQUEST. PRODUCTION OF DOCUMENTS SHALL TAKE PLACE AT. PELICAN BAY STATE PRISON OR AT THE OFFICE OF "ANY APPOINTED COUNSEL FOR PETITIONER.

## DEFINITIONS AND INSTRUCTIONS.

A. "DOCUMENTS." OR "RECORDS". SHALL INCLUDE WRITINGS AND PRINTED MATTER OF EVERY KIND AND DESCRIPTION, INCLUDING BY WAY OF ILLUSTRATION AND NOT LIMITED TO: ELECTRONICALLY STORED DATA. INCLUDING COMPUTER DISKS OR TAPES, ELECTRONIC AUDIO OR VIDEO RECORDINGS AND THE SCRIPTS OF SAME, ELECTRONIC OR HARD COPY EMBODIMENTS OF ANALYTICAL OR MONITORING EQUIPMENT OR DEVICES; PHOTOGRAPHS, DRAWINGS; MAPS SKETCHES; PLOT PLANS; DIAGRAMS, NOTES; MINUTES AND ELECTRONIC RECORDINGS OF ORAL COMMUNICATIONS. LETTERS AND MEMORANDA, COMPUTER PRINTOUS, AND ANY HARD COPY REPRENTED(S) OF DATA INFORMATION AND/OR OTHER RECORD COMPILATION WHICH ARE STORED BY MEANS OF COMPUTER OR ELECTRONIC DEVICES; LOGS; CHARTS, OR STRIPS OF ANALYTICAL OR MONITORING EQUIPMENT; X-RAYS. OF INJURIES. OR OTHER OUTPUT OF RADIO GRAPHIC EXAMINATIONS. TRANSCRIPTS OF TESTIMONY AND PROCEEDINGS VIDEO TAPES, FILMS; BLUEPRINTS; REPORTS; SUMMARIES, NEWSPAPER ACCOUNTS STATEMENTS, ESTIMATES; PROPOSALS AND PROTOCALS, CITATIONS, ORDERS, AND COURT PLEADINGS, IT SHALL ALSO ENCLUDE ANY ADDITIONAL COPY OR DUPLICATE OF ANY DOCUMENT AS DESCRIBED ABOVE WHICH CONTAINS ANY HANDWRITINGS TYPE WRITINGS, NOTATIONS, MODIFICATION OR OTHER ADDITION THERE TO OF ANY

KIND AS WELL AS ANY ROUGH OR PRELIMINARY DRAFT(S) OR OTHER ADDITION THERETO OF ANY KIND DOCUMENTS,

B.) RESPONDENT(S) MEANS, ROBERT A. HOREL WARDEN AND DIRECTOR, PAUL GRANG DISTRICT ATTORNEY. ATTORNEY GENERAL, CONTRA COSTA COUNT SUPERIOR COURT CLEARK, ITS LAW ENFORCEMENT AND INVESTIGATORS, THE LAWYERS KYLE GEE, DAVID C. COLEMAN, ELLEN V. LEONIDA, INVESTIGATORS JUAN SOUSE, ROBERT JONES AND ANY AN ALL MEDICAL HEALTH CARE AGENCIES PRO-COUNSOL TECHNICAL AND MEDICAL OPERT, MT. DIABLO MEDICAL HOSPITAL, AND ECT, ANY OF THEIR REPPESENTIVES, AGENTS, INDIVIDUALS OR ENTITIES ACTING ON THEIR BEHALF, BOTH PRESENT AND FORMER.

C.) THE WORDS "DESCRIBE" OR "REFER" TO AS USED HEREIN IN CONNECTION WITH ANY CATEGORY OF DOCUMENTS MEANS AND INCLUDES ALL DOCUM - ENTS MEANS AND INCLUDES ALL DOCUMENTS THAT DISCUSS, CONSTITUE, MEMORIALIZE, CONCERN, MENTION, SUMMARIZE, REFLECT, REFER TO OR PROVIDE EVIDENCE OF THE SUBJECT MATTER OR EACH CATEGORY DOCUMENTS,

D.) IF ANY INFORMATION CALLED FOR BY ANY DISCOVERY REQUES THEREIN IS WITHHELD FOR REASON, INCLUDING A CLAIM THAT SUCH INFORMATION CONSTITUTES A PRIVIEDGED DOCUMENT AND/OR COMMUNICATION. STATE THE FOLLOWING WITH RESPECT TO EACH DOCUMENT OR COMMUNICATION

1.) DATE

2.) THE IDENTITY OF THE AUTHOR OR MAKER, INCLUDING THE BUSINESS OR LEGAL TITLE OR POSITION AND THE INDIVIDUAL'S CURRENT ADDRESS AND BUSINESS AND RESIDENCE TELEPHONE NUMBERS

3.) THE IDENTITY OF THE AUTHOR OR MAKER, INCLUDING OF THE RECIPIENT INCLUDING THE BUSINESS OR LEGAL TITLE OR POSITION, AND THE INDIVIDUAL CURRENT ADDRESS AND BUSINESS AND RESIDENCE TELEPHONE NUMBERS

4.) NUMBER OF PAGES;

5.) SUBJECT MATTER;

6.) THE IDENTITY OF ALL OTHER PERSONS WHO RECEIVED COPIES OF THE DOCUM - ENTS OR OTHERWISE LEARNED OF THE DOCUMENTS OR COMMUNICATION; AND

7.) THE SPECIFIC FACTUAL BASIS FOR WITH HOLDING THE DOCUMENTS OR COMMUNICATION INCLUDING ANY CLAIM PRIVILEGE,

DOCUMENTS DEMANDS FOR INSPECTION

E.) THE TIME PERIOD COVERED BY THESE DOCUMENTS IS FROM _____ . TO THE PRESENT UNLESS OTHERWISE
(DATE)
SPECIFIED

F.) THE CONJUNCTIVE SHALL ALSO INCLUDE THE DISJUNCTIVE AND VISE VERSA.

G.) THE SINGULAR SHALL INCLUDE THE PLURAL AND VISE VERSA.

## DOCUMENT REQUEST.

PETITIONER REQUEST THAT RESPONDENTS PRODUCE ALL DOCUMENTS IN THEIR POSSESSION CUSTODY OR CONTROL WHICH CONCERN THE FOLLOWING. PURSUANT TO PENAL CODE § 1054.1. THE XIV th AMENDMENT OF THE UNITED STATE CONSTITUTION. BRADY v. MARYLAND (1963) 373 U.S. 83. PETITIONER CURRENTLY DOES NOT HAVE ENTIRE DISCOVERY NOR DOES SAID APPOINTED-COURT COUNSEL, THE FOLLOWING IS MISSING AND REQUESTED.

DOCUMENT REQUEST NO: 1:

THE COMPLETE RECORDS, COURT AND REPORTER TRANSCRIPTS OF ALL PROCEEDINGS SEALED OR UNSEALED OF PRELIMINARY AND TRIAL HEARING. AND ALL RECORDS, FILES, MOTIONS OF SCHOPPE-RICO. BASED ON HIS WRONGFUL CONVICTION.

DOCUMENT REQUEST NO: 2:

ANY AND ALL POLICE REPORTS OR DOCUMENTS, LAW ENFORCEMENT PERSONELL (POLICE OFFICERS, DISTRICT ATTORNEY, INVESTIGATOR. ECT.) REGARDING CONVERSATION OR INTERVIEWS WITH WITNESSES AND WRITTEN REPORTS BASED THEREON ENCLUDING NOTES AND DRAFTS AS WELL AS FINAL REPORTS AND COPIES OF ALL DAILY FIELD INTERROGATION CARD AND ACTIVITY LOGS PREPARED IN CONNECTION WITH THIS CASE, THAT REFER TO OR DESCRIBE ANY DECISIONS OF AN EMPLOYEE OF ANY OF THE EIGHT LISTED RESPONDENTS PERTAINING TO THE CONVICTION OF SCHOPPE-RICO.

DOCUMENT REQUEST NO: 3:

ANY AND ALL DOCUMENTS THAT PERTAIN TO THE BASIS OF THE DECISION TO PLACE SCHOPPE-RICO. IN CUSTODY AND CONVICTED THEN SENT TO PRISON FOR AN PRISON TERM OF 5TH TO LIFE. INCLUDING BUT NOT LIMITED TO ANY DOCUMENTS REVIEWED OR CREATED BY ANY OF THE RESPONDENT AGENCIES OR WITNESSES, LIST ALL NAMES, CURRENT ADDRESSES, TELEPHONE NUMBERS, AND ANY STATEMENTS, A WRITTEN ORAL STATEMENT OF ANY WITNESSES, ANY AND ALL STATEMENT OF THE DEFENDANT, WHETHER RECORDED, WRITTEN OUT, PRESERVED BY NOTES OR COMMITTED TO MEMORY, AS TO UNWRITTEN STATEMENTS, A WRITTEN OR ORAL SUMMARY OF SUCH. INCLUDING PHOTOGRAPHS, AND VIDEOS AND AUDIO TAPES, AND OF BUSINESS OF CAMERAS IN LOCATION OF INCIDENCES, PHYSICAL EVIDENCE THATS BEEN WITH HELD AT OR BEFORE TRIAL IS TO BE PRODUCED,

DOCUMENT REQUEST NO: 4:

ANY AND ALL DOCUMENTS THAT REFER TO OR DESCRIBE SCIENTIFIC PROOF ALL WRITTEN AND ORAL REPORTS AND RECORDS (INCLUDING ALL NOTES MADE BY THE TESTER OR (ANALYST.) OF ALL CHEMICAL, BIOLOGICAL, MEDICAL

CONTINUED!

CRIMINOLOGICAL, LABORATORY, OR OTHER TESTING AND EXAMINATION OF ANY PHYSICAL EVIDENCE OBTAIN IN THE INVESTIGATION OF THIS CASE ("THAT HAS NOT BEEN PRODUCED" AND WAS WITHHELD AT TRIAL) WAS THE D.N.A. BLOOD TEST OF INTOXICATION LEVELS, AND MEDICAL EXPERTS OR EVIDENCE OF PETITIONERS DISABILITIES HAND INJURIES. INCLUDING BUT NOT LIMITED TO THE VICTUMS BODY (AUTOPSY REPORT, BODILY FLUIDS AND OR CLOTHING AND SAMPLES OF ANY SUCH REMAINING FLUIDS OR SPECIMENS OF INTOXICATION AND POSSESSIONS, AS WELL THE BALLISTICS TEST OR TESTING DONE UPON ANY OBJECT OR PERSON AND ANALYSES OF ANY FINGER OR PALM PRINTS OR SUBSTANCE, THAT RELATES TO SCHOPPE - RICOS CASE. # V-11328.

DOCUMENT REQUEST NO; 5;

ANY AND ALL DOCUMENTS THAT REFER TO OR DESCRIBE CRITICAL CASE INFORMATION THAT RELATES TO SCHOPPE-RICO. # V-11328. INCLUDING BUT NOT LIMITED TO MEDICAL RECORDS, MENTAL HEALTH RECORDS OR DISABILITY RECORDS. INJURY RECORDS, MEDICAL TREATMENT RECORDS. OF THE ACCUSED OR THE ALLEGED VICTUM, AND QUALIFIED EXPERTS IN THE MEDICAL FIELD

DOCUMENT REQUEST NO; 6;

ANY AND ALL DOCUMENTS THAT REFER TO DEFENDANT OR ALLEGED VICTUM PRIOR OFFENSES OR IMPEACHMENT EVIDENCE, ACTS MORAL TURPITUDE WHETHER ACTS OR NOT SUCH RESULTED IN CRIMINAL CONVICTION, PROBATION ARY STATUS AND ANY OTHER POTENTIAL IMPEACHMENT INFORMATION OF ANY WITNESS IN SCHOPPE-RICOS CASE.

DOCUMENT REQUEST NO; 7;

ANY AND ALL INDEPENDENT DOCUMENTS OF BOOKING NOTES, RECORDS, PHOTOGRAPHS, PROPERTY LOGS, OF DEFENDANTS, ALL REPORTS NOTES, SKETCHES GENERATED BY WITNESSES, NAMES AND ADDRESSES OF ALL PERSONS DETAINED OR ARRESTED AS SUSPECTS IN THE INVESTIGATION OF THIS CASE AND ALL STATEMENTS WRITTEN AND OTHERWISE RECORDED OF PERSONS INTERVIEWED AS POTENTIAL SUSPECTS OF THIS CASE, SUCH AS DAN MENTION AT (CLERK TRANSCRIPTS PGS. 390-THROUGH. 394), AND AT PAUL REVERE AT C.T. PGS. 79. ) IN SCHOPPE-RICOS, CASE.

DOCUMENT REQUEST NO; 8;

ANY AND ALL DOCUMENTS OF ALL CRIME REPORTS AND ARREST REPORTS CONCERNING ANY ACTS OF VIOLENCE OR ATTEMPTED VIOLENCE BY THE ALLEGED VICTUM TENDING TO SHOW THAT THE ALLEGED VICTUM, HAS A HISTORY OF PRIOR ACTS OF VIOLENCE GUN USE, KNIFE USE, ASSAULTS, THREATS, DRUG USE OR DEALINGS OR OTHER ACTS OF MORAL TURPITUDE. AND ANY EXORINATING EXCULPATORY EVIDENCE INFORMATION PROVIDED BY ANY INFORMAT C.I.) OF SHARON CONWAY THAT RELATES TO THE SUSPECTS IN THIS CASE OF IDENTIFICATION. TO BE PRODUCED IL SCHOPPE-RICO. # V-11328.

## DOCUMENTATION REQUEST NO. 9;

Any and all evidence upon which the prosecution called to rely on to establish the fact that defendant was or was not involved in gang activity, including but no limited to the following. 1.) Any and all photographs, sketches, video tapes, audio tapes, or any other depication of the defendant obtained through another multimedia devise tending to show/establish that defendant was or is a member or associate of a gang. 2.) Any other documents, writings, or other material in the possession of law enforcement and the prosecution that tends to establish that defendant possesses any clothing, jewelry, or other objects of a particular gang. 3.) Any and all documents, information regarding the nicknames, aliases or monikers that the investigation law enforcement agency(s), or/and the prosecution contends that the defendant is accused known by. 4.) Any in field identification (f.i. cards.) field interview reports, (f.i.r.) or automated field interview reports or cards (a.f.i) pertaining to the defendant and his affiliation Lable. 5.) The name and qualifications of the gang expert, which the prosecutor intends to call and use, all documents and corresponding reports, which the prosecutor will use to establish the pattern of criminal activity of the Nortenc Street gang, including publications, reports that the gang expert has refered to, considered, relied upon, in arriving at his opinion of defendant. 6.) Any report, notes, field interview cards or other writings or computer entries. Regarding petitioner's background, membership or activity in any gang within the computerized, "Cal Gang" system or any other data base used by law enforcement which contains information, any guidelines, regulations, standard directives, rules or policies for the entry of policies of information, in Scheppe-Rico case.

## DOCUMENTATION REQUEST NO. 10)

Any and all documents the sources, be it a documents or an individual that provided the information include the file on the defendant that designates him as a gang member, associate or affilate. Any document, reports or writings or other related information, regarding any mechanisms, policies, practices or rules for updating or purging information about an individual gang affiliation, any reports or writings regarding the mechanisms, policies, practices or rules for updating or regard specific training to prop, 21, policies, that is given to individuals who collect or enter information about suspected gang member in 'Cal Gang. CCCSO. files or other law enforcement files (computrize or hard copied), all formation in the possession of the attorney and prosecution, its gang expert, law enforcement agencies regaring gang affiliation of the witnesses listed in the police reports, in this matter

CONTINUED.

DOCUMENT REQUEST NO: 11;

ANY AND ALL DOCUMENTS THAT REFER OR DESCRIBE. AS TO ALL WITNESSES. WHO MAY BEEN OR CALLED TO TESTIFY AT THE TRIAL OF THIS CASE OR WHO WERE PERCIPIENT WITNESSES TO THE ALLEGED OFFENSE, WHETHER OR NOT THEY ARE TO BE CALLED TO TESTIFY AT ANY HEARING OR TRIAL OF THE CASE, ALL AGREEMENTS PROMISES, THREATS, INDUCEMENTS, OFFERS OF REWARD OR IMMUNITY, WITNESS FEES FEES, TRANSPORTATION ASSISTANCE, ASSISTANCE TO MEMBERS OF THE WITNESS FAMILY OR TO ASSOCIATES OF THE WITNESS, OR AFFIRMATIVE REPRESENTATION WHETHER WRITTEN OR ORAL, MADE TO SUCH PERSONS OR TO THEIR ATTORNEYS AND/OR PROSECUTION OF THE OFFENSES CHARGED IN THE INFORMATION, IN SCHOPPE-RICO'S CASE.

DOCUMENT REQUEST NO: 12;

ANY AND ALL DOCUMENTS THAT REFER OR RELATE TO ALL INFORMATION REGARDING, CONTACT BY PHONE, LETTER, OR OTHERWISE.) BETWEEN THE DISTRICT ATTORNEY'S OFFICE AND ANY LAW ENFORCEMENT AGENCY, DETENTION FACILITY OR COURT REGARDING, JENNIFER SMITH, DAN SHARON CONWAY AND PAUL REVERE PRESENT AT THE SCENE. ALL FACTS KNOWN LAWYERS AND INVESTIGATORS MAY HAVE. ALL PERSONEL WHICH MIGHT AID OR ASSIST PETITIONER IN LOCATING ANY THESE WITNESSES WHO MIGHT GIVE ANY TESTIMONY EXONERATING THE PETITIONER DEFEND ANT DIMINISHING THE NATURE OR DEGREE OF THE OFFENSE, OR WHICH IS OTHERWISE EXCULPATORY, IN SCHOPPE-RICO'S CASE.

DOCUMENT REQUEST NO: 13;

ANY AND ALL FACTS KNOWN TO THE PROSECUTION OR LAW ENFORCEMENT PERSON-EL WHICH MIGHT AID OR ASSIST THE DEFEND, UPON HABEAS WHICH MIGHT OR WILL TEND TO INDICATE ANY PERSON OTHER THEN THE DEFENDANT WHO MIGHT BE IN ANY MANNER RESPONSIBLE FOR THE CRIME CHARGED, ALSO ALL RECORDS, LOGS MANUALS, AND OTHER DOCUMENTATION OF THE TRAIN- ING AND WORK EXPERIENCE OF THE DOG AND DOG HANDLER EMPLOYED IN THIS CASE.

DOCUMENT REQUEST NO: 14;

ANY AND ALL DOCUMENTS, HERE IN PELICAN BAY STATE PRISON, RECEIVE AND RELEASE ADMINISTRATIVE SEGREGATION PROPERTY/OFFICE ROOM. OF RESPONDENTS WARDEN STAFF IS HEREBY REQUESTED THAT THEY PROPERTY OFFICERS HAVE STORED AND ILLEGALLY WITHHOLDING ARE TO RELEASE TO SCHOPPE-RICO #V-11328, ALL HIS LEGAL PROPERTY TO HIM AS SOON AS POSSIBLE. THIS ENCLUDES, TRANSCRIPTS, LAW BOOKS MANUELS, REPORTS, MOTION, AND WORK PRODUCT. A ORDER NEEDS TO BE ISSUE. SO PETITIONER MAY PRESENT HIS PETITION TO COURT,

I SWEAR UNDER PENALTY OF PERJURY THE FORGOING IS TRUE AND CORRECT EXECUTED IN CRESCENT CITY CA, DATED: 4-12-08.

RESPECTFULLY SUBMITTED

Schoppe-Rico

IN PRO SE, SCHOPPE-RICO

7

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _JOHN MOSES SCHOPPE-RICO_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____ PELICAN BAY STATE _____ Prison,

in the county of _DEL NORTE_

State of California. My prison address is: ___P. O. BOX #7500, CRESCENT___

_CITY CA. 95532._

On_____4 - 12 — 08_____
(DATE)

(2.pg)
I served the attached: INJUCTION WITH HABEAS REQUEST FOR APPLINT OF COUNSEL AND DECLARTION
2AE (7.pg.)
OF INDIGENCY & MOTION AND DECLARATION OF GOOD CAUSE FOR EXTENSION OF TIME TO FILE "AMENDED PETITION"
WITH EXHIB. ATTACHMENTS & AND PETITIONERS FIRST REQUEST FOR INSPECTION & PRODUCTION OF DOCUMENTS
TO RESPONDENTS. T.PJ.   (DESCRIBE DOCUMENT)
on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

CLERK OFFICES / COURT                ATTORNEY GENERAL, CALIFORNIA
U.S. DISTRICT, NORTH DIST.            SAN FRANCISCO OFFICE
OF CALIFORNIA                        455 GOLDEN GATE AVENUE STE 11000
450 GOLDEN GATE AVENUE, 16 TH Floor  SAN FRANCISCO, CA. 94102-3664
SAN FRANCISCO, CA. 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _11 - 12 - 08_
(DATE)

_____
(DECLARANT'S SIGNATURE)
SCHOPPE-RICO, J

REQUEST FOR A MOTION
HEARING.

PELICAN BAY STATE PRISON
CDC/C# V-11328
ASU. — AC4.
P.O. BOX # 7500
CRESCENT CITY. CA. 95532

DATED; 4-16-08

UNITED STATES DISTRICT COURT.

NORTHERN DISTRICT OF CALIFORNIA.

SCHOPPE-RICC, J.
                    PLAINTIFF.

            V.S.
ROBERT A. HOREL. P.B.S.P. WARDEN
                    RESPONDENT

CASE NO; C-07-5116.

HABEAS STATE NO; 061470.1.

HABEAS CORPUS.

MOTION AND DECLARATION OF GOOD CAUSE FOR
EXTENSION OF TIME TO FILE -"AMENDED PETITION"

1.) I THE UNDERSIGNED AM PETITIONER IN THIS CAUSE IN PROPIA·PERSONA.
ON HABEAS CORPUS, JOHN M. SCHOPPE-RICC AND HEREBY MOVE FOR
AN EXTENSION OF TIME TO FILE THE OPENING "AMENDED PETITION" TO
PETITIONER CLAIMS AND APPOINT-COUNSEL TO DO IT.

2.) THE PRESENT DUE DATE IS 30-DAYS FROM APRIL 20 2008 TIL MAY. 2008.

3.) I REQUEST AN EXTENSION OF 30-DAYS TO JUNE 2008; SET DATE _____ .).
    A.) AND FOR COUNSEL TO BE APPOINTED THIS MONTH OF APRIL.

4.) A NOTICE PURSUANT TO RULE FEDERAL PROCEDURE 41(b) OR LOCAL RULE
    .311 AND FED. R. CIV. P. S (e) HAS BEEN ISSUED TO AMEND PETITION CLAIMS
    AND COGNIZABLE SOME CLAIMS A "SHOW OF CAUSE" (SOA).

5.) PETITIONER HAS NOT FILED NO PRIOR REQUEST FOR EXTENSION OF TIME TO
    DATE IN RELATION TO REQUEST EXTENSION OF TIME TO "AMEND PETITION",
    AND SHOW CAUSE AS WELL FILE OTHER REQUEST FOR DISCOVERY, EVIDENTIARY
    HEARING ECT. THE OPPOSITION OBTAINED NO EXTENSIONS.

6.) DEFENDANT WAS CONVICTED OF: FIRST DEGREE MURDER WITH FIRE ARM USE
    AND GANG ENHANCEMENTS. AND SHOOTING AT AN INHABITED DWELLING
    THE CONVICTION IS BASED ON A JURY VERDICT, AND DENIALS OF
    PETITIONERS TRIAL MOTIONS

1.) REQUEST SEE ACCOMPANYING "REQUEST FOR COUNSEL" FILED HEREWITH

1

7.) THE COURT IMPOSED THE FOLLOWING PUNISHMENT, SEVEN YEARS DETERMINATE, CONSECUTIVE TO FIFTY-YEARS-TO LIFE.

8.) DEFENDANT IS NOT ON BAIL PENDING HABEAS.

9.) THE RECORD CONSISTS OF 1668 PAGES OF CLERKS, TRANSCRIPTS AND 3032 PAGES OF REPORTER TRANSCRIPTS, THAT STILL NEED TO BE RECEIVED AND READ. PETITIONER IS CURRENTLY IN ADMINISTR-ATIVE SEGREGATION, WERE THEY ARE NOT ALLOWED PROPERTY SEE ATTACHED ORIENTATION DOCUMENT. OF CALIFORNIA DEPART-MENTS OF CORRECTION ASU. POLICY NUMBER (14.), PG.5 ATTACHED.)

10.) I HAVE COMPLETED THE FOLLOWING WORK ON THIS HABEAS, I HAVE WROTE THE ASU. AND LAW LIBRARY STAFF TO BRING MY LEGAL WORK. TRANSCRIPTS, AND LAW BOOKS. TO REVIEW TO AMEND PETITION, I FILLED OUT ALL THE HABEAS CORPUS FORMS, AND RAISED ALL CLAIMS AND IS NOW DOING RESEARCH, UNDER MY CURRENT CONDITIONS.

11.) I NEED ADDITIONAL TIME BECAUSE OF THE COMPLEXITY AND NUMBER OF ISSUES; AS MORE FULLY EXPLAIN IN PARAGRAPH. 14. BELOW: THIS REQUEST RELATES TO THE FACT. THAT THERE HAS NOT YET BEEN COMPLIANCE WITH THE ADMISTRATIVE SEGREGATION UNIT, STAFF OR LAW LIBARY STAFF. TO PROVIDE PRISONERS ALL THEIR LEGAL DOCUMENTS LEGAL WORK, AND TRANSCRIPTS. SUCH THAT I DO NOT YET HAVE A COMPLETE RECORD ON HABEAS TO "AMEND PETITION", (SEE PG 5.)

12.) OTHER TIME-LIMITED COMMITMENTS; ATTENDING ALL O.P.C. NORMAL OPERATIONS, MEDICAL, YARD, LAW LIBARY, COMMITTEE, THIS REQUEST DOES NOT RELATE PRIMARILY TO THIS FACTOR, ALTHOUGH SOON I COMPLETED SOME RESEARCH AND TAKING NOTES, FOR AMENDED PETITION, AND IS NOW UPON GOOD CAUSE SHOWING REQUESTING FOR COURT TO APPOINT A COUNSEL. TO AMEND PETITION..

13.) PERSONAL REASONS FOR EXTENSION OF TIME. (ILLNESS, FAMILY
EMERGENCY, THEN TRANSFERED TO ASU, FROM HOSPITAL,). I WAS
A VICTUM OF A ATTEMPTED MURDER ON ME. I WAS IN THE
CRESCENT CITY HOSPITAL EMERGENCY ROOM ON MACRH. 14. 2008.
THEN TRANSPORTED TO THE PRISONS HOSPITAL INFIRMRY, WERE
I WAS TILL APRIL. 4th 2008. FOR INJURIES. I WAS JUST
OPERATED ON AND HAD SERGERY DONE ON MY EYES. I HAVE
BLURRY VISION, CAN BARELY READ AND SO FORTH. STILL UNDER
MEDICAL TREATMENT.     ( SEE ATTACHED, C.D.C. 128, G, OF PELICAN BAYS.)
                                      (ATTACH, #9), G )
14.) OTHER REASONS FOR EXTENSION OF TIME ;

(A) ON APRIL. 1, 2008, I SUBMITTED TO THE APPEUATE ATTORNEY
KYLE GEE. A RETURN OF ITEMS WITHHELD, AND A ITEMS CONTINUING
TO BE WITHHELD LETTER. OF A CLAIM FOR POSSESSION OF PERSONAL
PROPERTY, REPLEVIN. ON MY FILE. LETTER ADVISING THE APPEAL
ATTORNEY TO HAND OVER ALL DOCUMENTS FOR HABEAS CASE.
AND. PUBLIC DEFENDER ELLEN V. LEONIDA. WAS SERVED AS WELL,
OF IMPORTANT FILES. POLICE REPORTS. ECT. BEING WITH HELD. BY
THEM THATS MISSING TO COMPLETE AMENDED PETITION. THEY
WERE SERVED ON APRIL 1st 2008. FOR THE 3RD TIME.

(B) ON MARCH. 12th 2008. AND APRIL. 1st 2008. I WROTE A REQUEST
TO THE NORTHERN CALIFORNIAS INNOCENT PROJECT. FOR APPOINTMENT
OF COUNSEL. FIRST TIME NO REPLY. AGAIN THEY WERE CONTACTED
ON. 4-1-08. AND WERE NOTIFIED OF MY MEDICAL CONDITION
STILL WAITING ON THERE RESPONSE.

(C) TO DATE THERE HAS NOT BEEN COMPLIANCE WITH THE REQUEST
SEEKING MY FILE ?. POLICE REPORTS. TRANSCRIPTS. ECT. FOR FROM
ANY OF THESE AGENCIES WHO I AM WAITING ON IN REPORTING
BACK. TO ME RETURNING VITAL DOCUMENTS TO ME AND RESPONDENTS
AT THIS INSTITUTION ARE WITH HOLDING MY LAW BOOKS AND LEGAL WORK.
IN VIOLATION OF (C.D.C). TITLE. 15 ARTICLE. 6. # 3164. (b) (2) (C) AND (D)

3

(d) FOR ALL OF THESE REASONS, I AM UNABLE AT THIS TIME
TO PROCEED WITH PREPARATION OF PETITIONERS AMENDED
PETITION TO AMEND AND COGNIZE CLAIMS

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS
OF THE STATE OF CALIFORNIA THAT THE FORGOING IS TRUE AND
CORRECT.    EXECUTED IN CRESCENT CITY, CALIFORNIA ON
APRIL 10th 2008.

RESPECTFULLY SUBMITTED

PETITIONER ON
HABEAS, IN PRO-PER.
MR. SCHOPPE-RICO, J.

EXTENSION OF TIME IS.

_____    DENIED - OR

_____    GRANTED TO: _____


_____
PRESIDING JUDGE

4.

01. In accordance with California State Law, Psychiatric Services staff will screen all inmates entering into a segregated housing unit. Be prepared to exit your cell for a short interview soon after arrival.

02. Be prepared for an un-clothed body search, each time you exit the cell. Hands on escorts are to be expected during all movement within the unit.

03. The wall area above the desk, approximately 3 ft x 4 ft is the **only** location to affix personal picture items, notes, calendars and schedules. All items are subject to removal during a cell search.

04. Due to the physical design and distances within this building, the Control Officer may not hear you. It is recommended that you communicate with the Floor Officers, and utilize Request for Interview forms whenever possible.

05. Supplies and forms (including pen fillers) will be issued **only once per week** (Saturdays) **during second watch**. During supplies you may obtain Law Library requests and cell study information, which will be collected and distributed by a designated **second watch officer** Monday thru Friday. All legal support and requests will be provided through the SHU library **only**.

06. Blanket exchange is offered each six months for long term occupants. Acrylic blankets are the only blankets used in ASU.

07. Clothing/Linen exchange is conducted **once each week (Wednesday) during third watch**. Any destruction of state property altered/missing linen, clothing or bedding will be assessed any or all of the following. Charged for replacement of item/s, placed on temporary restriction status and/or loss of canteen privileges. Refusal to sign a trust withdrawal or indigent status **WILL** result in disciplinary action.

08. Showers are provided three times each week on third watch, **during normal operations**. Allowable items to be taken to the shower are: soap, shampoo, towel/washcloth and shower shoes and 1 pair of boxer shorts.

09. Yard program will be provided daily **during normal operations**. Yard may be periodically cancelled due to Special Committees, severe weather conditions, power failure, incidents, and institutional need. Calling cadence, or participating in a group cadence exercise on the yard **WILL** result in removal from the yard and a CDCR 115 will be issued.

10. Haircuts and nail clipper usage will be provided on a rotational basis as scheduled. Access to the clippers shall be offered **during normal operations** during **third watch**.

11. Appliances and jewelry are **not** allowed in the ASU. Including religious items.

12. At no time will **ANY** trash or condiment packets be thrown out of your cell under your door. Trash pick up will be twice a day during trash and tray pick up. A CDCR 115 will be issued for littering the tier.

    14.) ADMINISTRATIVE SEGREGATION IS DESIGNED FOR TEMPORARY HOUSING, WHILE MAINTAINING HIGH LEVELS OF SECURITY AND SAFETY. ALL PERSONAL PROPERTY THAT IS NOT ALLOWED IN THE ASU WILL BE INVENTORIED AND STORED IN THE B-FACILITY ASU PROPERTY ROOM PENDING INVESTIGATION, TRANSFER.

    SEE ORIGINAL SENT TO COURT. IF 14 IS LISTED ON IT.

5.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDCR 128G (REVISED 4/07)

NO:  V-11328    NAME: SCHOPPE-RICO, JOHN    HSG:    ASU A4
Custody:  MAX-S    PS:  106    Level:  IV    WG/PG:  D1/D    EFF:  01/18/2008 Assignment:  ASU
Rel Date:  MEPD 10/19/205C Reclass:  05/02/2008  **Action:  RETAIN IN ASU PENDING RVR; REFER TO CSR RX 30-DAY ASU EXTENSION**
BPH Rev:  NA

**RECOMMENDED ACTION: Retain in ASU pending RVR. Refer to CSR recommending 30-day ASU extension.**

**ADMINISTRATIVE PLACEMENT FACTORS:**  Inmate SCHOPPE-RICO appeared before PBSP AD-SEG, ICC on this date for Subsequent Review. Inmate was ordered placed in Administrative Segregation pursuant to CCR 3335(a) on 01/22/08. Pursuant to CCR 3336 the Reason for Placement in ASU is:  due to a pending RVR dated 01/18/08, █████████████████

**DISCUSSION:**  CDCR 115 relative to this charge is noted in Log #B08-02-0058 and has been issued and has been adjudicated.  On 03/24/07 S was found Guilty of Division D offense of ███████ in ██████, however, the CDCR 115 routing/signing process has yet to be completed.  Committee also notes S was the victim of Attempted Murder on 03/14/08 and it is unknown at this time if S has any safety concerns if released to G.P.

**STAFF ASSISTANCE:**  S was not provided a Staff Assistant as he speaks and understands English, is literate, and is not a participant in the MHSDS, and has an RGPL noted to be above 4.0.

**MENTAL HEALTH REVIEW:**  ICC notes CDCR 128-C, dated 01/30/08, noting S is not a participant in the MHSDS level of care.

**DA ACTION:**  NA

**CELL STATUS:**  S is Single Celled due to safety concerns.  ICC acts to affix the S suffix.

**YARD STATUS:  Committee acts to place S on Walk Alone Yard Status, Individual Exercise Yard, based upon case factor review.**

**COMMITTEE ACTION:  Retain in ASU pending completion of disciplinary process. Refer to CSR for 30-day ASU extension.**

**INMATE COMMENTS:**  S expressed his understanding of the basis for the ICC action and agreed with the action.

**APPEAL RIGHTS:**  S was advised of his right to appeal the aforementioned decisions, and submit the appeal within 15 days of today's action, whether or not he has received the 128G classification chrono, to preserve his appeal rights pursuant to time constraints.

**CHAIRPERSON:**    F. JACQUEZ/CDW    **RECORDER:**    S. O'DELL/CCII

COMMITTEE MEMBERS:    R. BELL/FC    J. PASCOE/PHD

**DATE:    04/02/2008**    **ASU INSTITUTIONAL CLASSIFICATION COMMITTEE**    **Inst.: PBSP**

ADSA - O4L

NAME: _Schoppe-Rico_     NUMBER: _V1138.8_     HOUSING _~~~~~~_     PBSP-LAB-001

**PELICAN BAY STATE PRISON**          **HEALTH CARE SERVICES UNIT**

**NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS**          TEST DATES: _3/20/08_

| **TYPE OF TEST:** (circle test type) | **BASIC BLOOD TESTS** **OTHER:** | **HEPATITIS SCREEN** | **X-RAY** _Rt. Wrist_ | **EKG** |

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☑ Your test result is essentially within normal limits. No physician follow-up is required.

☐ Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐ Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

☐ Your test result is not within normal limits. Further studies are required and have been scheduled for you. You

will receive further information on this study at a later date.

PHYSICIAN REMARKS _HEALING FRACTURES RESOLVE SLOW_

1.   HEALTH RECORD COPY

2.   PATIENT COPY

3.   PHYSICIAN COPY

_(signature)_
Physician & Surgeon

_4-7-08     1:00 PM_
Date & Time

**CONFIDENTIAL**

NAME :          NUMBER          HOUSING          PBSP-LAB-001

FR: SCHOPPE-RICO, J.
PELICAN BAY STATE PRISON
C.D.C # V-11328
ASU ~ A04L
P.O. BOX # 7500
CRESCENT CITY, CA. 95532.                                DATED 4-16-08.


## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA.

SCHOPPE-RICO, J.
    HABEAS PLAINTIFF.

       V/S.

ROBERT A. HOREL. WARDEN P.B.S.P.
      RESPONDENT.

IN RE: 18 USC § 3006 A. (FEDERAL AUTHORITY.)

CASE NO: C-07-5116.

STATE HABEAS NO: DG14701

INJUCTION WITH HABEAS REQUEST
FOR APPOINTMENT OF COUNSEL
AND DECLARATION OF INDIGENCY.

SEE: ATTACH MOTION FOR EXTENTION OF TIME.)
           ALSO
SEE: CRC. RULE 4.55 (c) (2),  )

1:
   I, SCHOPPE-RICO. DECLARE THAT I AM THE PETITIONER TO THE ABOVE-ENTITLED
MATTER. IN PRO-PER. THAT I AM INCARCERATED AT PELICAN BAY STATE PRISON
SEGREGATION UNIT. INJURED AND DISABLED FROM ATTEMPTED MURDER INJURIES
AFFLICTED ON ME. AND THAT I AM INDIGENT AND UNABLE TO AFFORD
COUNSEL. MY TOTAL ASSETS ARE $0.00 AND MY INCOME IS $ 16.00 PER SIX MONTHS.
I HAVE THE RIGHT TO COURT APPOINTED COUNSEL IN A HABEAS PROCEEDING
WHEN COURT ISSUED A ORDER TO SHOW CAUSE. IT MUST THEN APPOINT ONE
COUNSEL FOR ANY PRISONER WHO WANTS TO BE REPRESENTED BY AN
ATTORNEY BUT CANNOT AFFORD ONE. IN RE. C.R.C. RULE 4.55 (c)(2).
FURTHER THE EVIDENCE LEGALTHLY RESEARCH AT ISSUE HERE TO AMEND PETITION
CLAIMS AND COGNIZABLE. INVOLVES CONFIDENTAL INFORMATION THAT CAN
BE DIVULGE TO A PRO-PER PETITIONER AND/OR ONLY BE DIVULGED TO AN
ATTORNEY UNDER PROTECTIVE ORDER. WHO MAY HAVE FULL ACCESS TO ALL
MATERIALS AN EVIDENCE. THE APPOINTMENT OF COUNSEL WILL ALLOW FOR
A FAIR AND FULL LITIGATION OF THIS MATTER.

2, I AM INFORMED AND BELIEVE, I'VE BEEN FILING MY HABEAS CORPUS WITHIN
THE STATUE OF LIMITATION OF TIME. IN ACCORDANCE WITH THE (A.E.D.P.A.)
STATUE LIMITATION. 28.U.S.C. 2244.(d) AND (1). AS WELL ALL STATE

CONTINUED # 2 .

REMEDIES AVAILABLE WERE EXHAUSTED AND MY HABEAS WERE ALL FILED TIMELY IN A TIMELY FASHION WITHIN ITS YEAR TOLLING

3.) AS WELL IT IS BELIEVED DUE TO PETITIONER HAS NO G.E.D. OR HIGH SCHOOL DIPLOMA. OR LEGAL DEGREES OR TRAINING. DUE TO HIS ILLITERACY OF THIS PRO-SE PETITION. PETITIONER. JUST AS IN RE. HUGHES, V. IDAHO STATE BOARD OF CORRECTIONS (9th CIR, 800. F.2d. 905. 907.) HE HAS NO PROFESSIONAL LEGAL EDUCATION OR REALLY NO GENERAL KNOWLEDGE UNDERSTANDING OF THE LAW OR PROCEDURES OR COURT REGULATIONS THEREOF. OF IT. FOR THEREFORE COURT SHOULD APPOINT COUNSEL. SEE MIHON V. MORRIS ON . REPRESENTATION COUNTY JAIL WERE INADEQUATE FOR HIM TO PREPARE A DEFENSE.

4.) I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THE MATTER. SO THAT MY INTEREST. CONSTITUTIONAL FEDERAL RIGHTS AND AMENDMENTS ARE PROTECTED OR MAYBE. BY THE PROFESSIONAL ASSISTANCE REQUIRED, SEE. TOUSSAINT V. MC CARTHY 926. F.2d 800, 801 (9th CIR. 1990). AS JUDGE NOONAN SAID IN DISCUSSING ACCESS TO A LAW LIBRARY FOR SEGREGATION PRISONERS

" A COLLECTION OF BOOKS IS NEVER A SUBSTITUTE FOR A LAWYER, WE SHOULD NOT ROMANTICIZE WHAT EVEN A JAILHOUSE LAWYER, MUCH LESS A POORLY-EDUCATED INMATE CAN ACCOMPLISH BY RUMMAGING FOR A FEW HOURS IN A LIMITED COLLECTION, MANY INTELLIGENT PRISONERS CAN PICK UP THE LINGO OF THE LAW. VERY FEW OF THEM CAN PUT IT ALL TOGETHER AND PRESENT A PERSUASIVE PETITION OR CLAIM."

5.) PRAYER FOR RELIEF. 1.) APPOINT COUNSEL SOON AND EXTEND TIME FOR COUNSEL. TO PREPARE A DEFENSE AND PETITIONS. 2.) DECLARE THE RIGHTS OF PETITIONER. 3.) REVERSE THE GUILTY FINDING OF THE JURY CHARGE OR PETITIONERS MOTION DENIAL BY JUDGES. 4.) RESTORE THE (8) YEARS OF LOST TIME TO PETITIONER. 5.) EXPUNGE ALL REFERENCE TO THE CRIMINAL CHARGE FROM PETITIONERS RECORDS. 6.) APPOINT COUNSEL AWARD REASONABLE ATTORNEY FEES. AND. 7.) GRANT ANY OTHER AND FURTHER RELIEF THE COURT DEEMS PROPER.

6.) I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT AND THIS DECLARATION WAS EXECUTED ON 4-16-08 AT CRESCENT CITY. CALIFORNIA.

DATED: _____ APPOINTMENT OF
                 COUNSEL
        _____ DENIED OR

        _____ GRANTED _____

RESPECTFULLY SUBMITTED
SCHOPPE-RICE, J.

2.

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __JOHN Moses Schoppe-Rico__, declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____ PELICAN BAY STATE _____ Prison,

in the county of __DEL NORTE__,

State of California. My prison address is: __P.O. BOX #7500, CRESCENT__

__CITY CA. 95532__

On __4 - 12 - 08__,
(DATE)

(2.pg.)
I served the attached: __INJUCTION WITH HABEAS REQUEST FOR APPLINT OF COUNSEL AND DECLARATION__
2 pg  (7.pg.)
OF INDIGENCY & MOTION AND DECLARATION OF GOOD CAUSE FOR EXTENSION OF TIME TO FILE "AMENDED PETITION"
WITH EXHIBI ATTACHMENTS & (DESCRIBE DOCUMENT) AND PETITIONERS FIRST REQUEST FOR INSPECTION & PRODUCTION OF DOCUMENTS
TO RESPONDENTS. T.P'l.
on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

CLERK OFFICES / COURT                    ATTORNEY GENERAL, CALIFORNIA
U.S. DISTRICT, NORTH DIST.                SAN FRANCISCO OFFICE
OF CALIFORNIA                            455 GOLDEN GATE AVENUE  SEE 11000
450 GOLDEN GATE AVENUE, 16TH FLOOR       SAN FRANCISCO, CA. 94102-3664
SAN FRANCISCO, CA. 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on __10·12· 08__
(DATE)

_____
(DECLARANT'S SIGNATURE)
SCHOPPE-RICO, T

Civ-69 (Rev. 9/97)                                        ::ODMA\PCDOCS\WORDPERFECT\22832\1