IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCHOPPE-RICO,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT A. HOREL, Warden,<br><br>    Respondent. | No. C 07-5416 JSW (PR)<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>(Docket No. 5) |

Petitioner, a prisoner of the State of California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction. After reviewing the petition, the Court ordered Respondent to show cause why it should not be granted. Respondent's answer is presently due on or before July 2, 2008. Petitioner has filed a motion for an extension of time in which to file an amended petition. As there is presently no deadline for Petitioner to file an amended complaint, there is no need to grant him an extension of time in which to do so. Accordingly, Petitioner's motion is DENIED.

This order terminates Docket No. 5.

IT IS SO ORDERED.

DATED: May 6, 2008

                                                                   *Jeffrey S. White*<br>
                                                                   JEFFREY S. WHITE<br>
                                                                   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. SCHOPPE-RICO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT A. HOREL et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV07-05416 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John M. Schoppe-Rico
Pelican Bay State Prison
P.O. Box 7500
V11328
Crescent City, CA 95532

Dated: May 6, 2008

　　　　　　　　　　　　　　　　　　　*Jennifer Ottolini*
　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Jennifer Ottolini, Deputy Clerk