SCHOPPE-RICO, JOHN M.
PELICAN BAY STATE PRISON
C.D.C. # V-11328
P.O. BOX # 7500
CRESCENT CITY. CA. 95532.

IN PRO-PER

**RECEIVED**

JUN 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA.

JOHN M. SCHOPPE-RICO,
   PLAINTIFF.

  VS.

ROBERT A. HOREL,
   RESPONDENTS.

CASE NO: C-07-5416.-MJJ.-PR. **JSW**

"FIRST AMENDED PETITION".

CERTIFICATE OF MAILING.
IN SUPPORT

TO THE COURT AND HONORABLE JUSTICE PRESIDING PLEASE TAKE NOTICE ON 6-1-08. DATED. I SENT MY FIRST AMENDED PETITION IN TO THE PRISON LAW LIBRARY FOR PHOTO COPYING. AND THEY REFUSED TO PHOTO COPY MY EXHIBITS. AND GAVE ME THE ATTACH FORMS. MEMORANDUMS. DUE TO THIS LAW LIBRARY'S ACTION. I AM NOT ABLE TO SUBMITT MY FULL PETITION IN TO THE COURT FOR CONSIDERATION. SO I'M SENDING IN ALL THEY WANTED TO ONLY PHOTO COPY WAS THE PETITION WITHOUT EXHIBITS. I MAY HAIF TO FILE MY EXHIBITS LATER ON AND I HOPE YOU WILL ENCLUDE THEM WITH THIS PETITION ....... ALSO ALLOW ME TO NOTE, ALSO THEY NO LONGER STAPLE ARE/OUR PETITIONS FOR US. HOWEVER I PUT A PIECE OF PAPER BETWEEN EACH PETITION ENCLOSED. AND DUE TO THE COMPLICATED MULTIPLE ISSUES IN PETITION BEING RAISED IN PETITION OF HABEAS CORPUS OF TWO DIFFERENT CASES. WITH FEW ENHANCEMENT THE PETITION IS (75) PAGES LONG. AND MAY IT BE AN EXCEPTION DUE TO AN INDIGENT PRISONER FILED IT. .......
WITH THIS SAID THIS WILL CONCLUDE. I SWEAR UNDER PENALTY OF PERJURY EVERY THING HEREIN IS TRUE AN CORRECT IN ITS TOTALITY

Schoppe-Rico, 6-1-08.
SUBMITTED

State of California

# Memorandum

Date : JUN 0 4 REC'D
     A YARD LAW LIBRARY

To : Inmate Schoppe-Rico
     CDC # V-11328
     A1-116

From : Department of Corrections
       Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : RETURNED PHOTOCOPY REQUEST

The Facility 'A' Law Library is returning your document(s) that you submitted for photocopying for the following reason(s):

☒ Photocopy material does not meet the criteria as stated in Department Operations Manual (DOM), Section 14010.21.2 LEGAL DOCUMENTS.

NOTE: *Law book pages, law review articles, court transcripts,* correspondence with attorneys or public officials, slip opinions, except as noted in Section 14010.21.2, personal mail, etc., *will not be copied*).

☐ Photocopy material is not complete. All document(s) required for photocopying were not enclosed with request (completed signed writ, cover sheet, etc.).

☐ A completed Trust Withdrawal (CDC-193) was not attached.

☐ Requested photocopy material was submitted by another inmate.

☒ All pages need to be numbered, from 1 to ? in order to ensure proper handling of documents. Double-sided pages, newspaper clippings etc., need to be separated.

☐ Number of copies requested exceeded number required by court (Ref. DOM Section 14010.21.4) Number of copies actually copied: _____

Please review attached documents regarding photocopy policies and procedures.

As stated in DOM, Section 14010.21, copy service is provided as a convenience for inmates in preparing *legal* documents. Photocopy service rules are maintained in order to prevent abuse and to assure that all inmates have the opportunity to benefit from the service.

**STAFF USE ONLY**

| TYPE OF MATERIAL REQUESTED: |
|---|
|  |

cc: Inmate's Library file

A Rusk
LTA

PELICAN BAY STATE PRISON  
Operational Procedure No. 822  
Library and Law Library Services

Page 5  
July 2005

1. Legal forms can be obtained from the library or directly from the courts. Requests for excessive or multiple forms will not be processed unless the inmate provides justification for the request.

2. With the exception of court forms, inmates with funds must purchase their stationary supplies from the Canteen. Indigent inmates can request indigent envelopes and paper from the Mailroom, per Operational Procedure (OP) 205.

3. Inmates in the GP can purchase envelopes from the library for legal mail to the extent of their legal mailing needs. If an inmate requires envelopes, he must justify his request.

4. Inmates in the SHU with PLU status or proof of active litigation may purchase additional blank paper while attending the law library regardless of whether or not they are indigent.

5. Inmates in the SHU may purchase manila or white legal/confidential envelopes only when they are ready to mail legal documents to the courts.

E. Legal Photocopying

1. Legal photocopy service is provided according to the DOM, Section 14010.21, *Legal Copying Service*, and the California Code of Regulations, Title 15, Section 3162(b). Only material defined in the DOM, Section 14010.21.2, is to be copied. Material defined in the DOM, Section 14010.21.3, and other materials will not be photocopied.

2. All requests for legal photocopies must be submitted with both a *Request for Legal Photocopy Service* (Attachment 4) form and a signed *Trust Account Withdrawal Order* form and must comply with the following procedures:

   a. The Library staff may have concerns regarding the legality of the photocopy request. When this occurs, the photocopy service may be limited to copies that will be mailed out from the library after the request has been filled.

   b. Any court order regarding photocopies will be reviewed on a case-by-case basis. Send a photocopy of the court action with the request for legal photocopying.

PELICAN BAY STATE PRISON  
Operational Procedure No. 822  
Library and Law Library Services

Page 6  
July 2005

    c.    The number of photocopies needed must be indicated and confirmed by the courts. The court will determine how many photocopies are required.

    d.    Only original, complete, numbered, signed documents that are packaged and ready for the court filing will be photocopied.

    e.    Blank, incomplete, or unsigned documents will not be photocopied.

    f.    An accurate count of pages submitted for photocopying must be noted on the request.

    g.    Only the front side of double-sided pages will be photocopied unless double sides are separated and indicated as such.

    h.    Odd-sized pages must be separated from, and placed upon the top of, the rest of the material so they will not get lost in the process.

    i.    Pages are not to be taped, tied, stapled together, folded, or submitted in such condition as to jeopardize the function of the photocopy equipment.

    j.    Exhibits must be accompanied by all completed legal documents. They will not be photocopied separately.

    k.    One inmate may not request to have another inmate's legal materials photocopied.

    l.    Upon the receipt of a request for legal materials, the Library staff will determine whether or not the requested materials are approved or disapproved. Upon its approval, the material will be photocopied. The processing of a photocopy order will normally be completed within five working days from the date it is received by the library, program permitting.

    m.    Noncompliance with written procedures or verbal orders concerning photocopied material may result in the placement on photocopy restriction. Additionally, refusing to accept a completed photocopy order will result in the inmate being placed on photocopy restriction and the cost of the photocopies will be charged to the inmate's trust account.

    n.    Inmates with attorneys will not be provided with photocopy service.

Citation/Title
15 CCR s 3162, s 3162. Legal Forms and Duplicating Services.

*1263 15 CCR s 3162

# BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS
## TITLE 15. CRIME PREVENTION AND CORRECTIONS
## DIVISION 3. DEPARTMENT OF CORRECTIONS
## CHAPTER 1. RULES AND REGULATIONS OF THE DIRECTOR OF CORRECTIONS
## SUBCHAPTER 2. INMATE RESOURCES
## ARTICLE 6. LEGAL DOCUMENTS

*This database is current through 03/24/06, Register 2006, No. 12.*

### s 3162. Legal Forms and Duplicating Services.

(a) The printed forms required by state and federal courts which are supplied to the department by the courts shall be provided to inmates without charge. Inmates shall be required to pay for the duplication of printed forms and other written or typed materials, and for any special paper and envelopes required for mailing to the courts. An inmate who is without funds for 30 days or more after such materials and services are provided shall not be required to pay for the cost of those materials and services.

(b) Legal duplicating services for an inmate shall be restricted (provided such restrictions will not interfere with the inmate's access to the courts) when that inmate abuses the service to such an extent that other inmates are deprived of the services or it results in an unnecessary expense to the state. The authority to place such restrictions shall not be delegated to staff below the level of correctional captain. The reasons for any restrictions on the services provided an inmate shall be documented on a CDC Form 128-B (Rev. 4.74), General Chrono, and placed in the inmate's central file.

<General Materials (GM) - References, Annotations, or Tables>

Note:   Authority cited: Section 5058, Penal Code. Reference: Section 5054, Penal Code.

*HISTORY*

1. Amendment filed 8-18-78; effective thirtieth day thereafter (Register 78, No. 33).

2. Amendment filed 4-18-80; effective thirtieth day thereafter (Register 80, No. 16).

3. Amendment of section heading and text filed 10-19-93; operative 11-18-93 (Register 93, No. 43).

© 2006 Thomson/West. No claim to original U.S. Govt. works.



Operations Manual          DEPARTMENT OF CORRECTIONS          Operations Manual

- An inmate abuses the service to the extent that other inmates are deprived of such service or
- An unnecessary expense to the State results.

Authority to restrict copy service shall not be delegated below the level of Captain. Reasons for the restriction of service shall be documented by using a CDC Form 128-B, General Chrono.

### 14010.21.2 Legal Documents

The following are considered legal documents for the purpose of providing copy service to inmates:

- Writs--habeas corpus, mandate, etc.
- Civil rights complaints.
- Civil complaints or answers.
- Petitions for hearings in appellate courts.
- Motions to proceed "in forma pauperis" (without funds to hire counsel).
- Exhibits, including slip opinions of the California Court of Appeals, when attached to petitions for hearing in the State Supreme Court.

### 14010.21.3 Non-legal Documents

The following are considered non-legal documents for the purpose of providing copy service to inmates:

- Law book pages.
- Law review articles.
- Court transcripts.
- Correspondence with attorneys or public officials.
- Slip opinions, except as noted above.

Inmates shall be charged for copies of these documents.

### 14010.21.4 Size And Number of Copies For Court Documents

The number of copies required by the courts of the following documents is:

| Court | Writs of Habeas Corpus | Appeals & Certiorari Petitions | Hearings and Other Writs | Exhibits |
|---|---|---|---|---|
| U.S. Supreme Court | Original and Appendix (a) | Original and 8 Copies | — | Original |
| U.S. Court of Appeals | Original and 3 Copies | Original and 15 Copies (b) | — | Original and 3 Copies |
| U.S. District Courts | Original and 3 Copies | — | — | Original and 3 Copies |
| State Supreme Court | Original and 14 Copies | Original and 14 Copies | Original and 14 Copies | Original and 1 Copy |
| State Court of Appeals | Original and 3 Copies | Original and 3 Copies | Original and 3 Copies | Original and 1 Copy |
| State Superior Courts | Original | — | — | Original |

(a) Indigent inmates--original and In Forma Pauperis affidavit.

(b) Indigent inmates--original and four copies.

Paper size for all courts is 8 1/2" x 11."

### 14010.22 Notarization of Legal Documents

Each facility shall have at least one employee commissioned as a notary public and available during regular business hours. Upon request from an employee, an inmate, or an inmate's attorney, notary service shall be provided upon payment of established notary fees.

Facility documents requiring notarization may be notarized at no charge to the State. No other notary services shall be provided without charge as the court provides an alternative to notarization. Under CCP 2015.5, and Title 28, U.S. Code (USC) 1746 (cited as 28 USC 1746) documents can be filed with a declaration under penalty of perjury.

Notary services shall be provided as expeditiously as possible, consistent with security and other facility needs.

An employee acting as a notary shall not read a document to witness the signature other than to ascertain the title or description of the document for the notary's record book and to ensure the person whose signature is being witnessed signs it in front of the notary.

### 14010.22.1 Identification of Persons

An employee acting as a notary may not acknowledge an instrument unless they know or have satisfactory evidence that the person making the acknowledgment is the individual who is described in and who executed the instrument.

Satisfactory evidence shall be:

- The person is personally known to the notary.
- An identification card or driver's license issued by the California Department of Motor Vehicles (DMV).
- An inmate identification card issued by the Department if the inmate is in custody.
- Other documents described in CC 1185.

### 14010.23 Legal Information For Parole Agents

DOM 80000, contains additional information governing how the P&CSD staff handles legal matters unique to that division.

### 14010.24 Education of Professionals From the Judicial System

Professionals of the judicial system shall be kept informed about programs and services available to inmates within the Department. This can be accomplished by:

- The Department's participation in the annual Superior Court Criminal Law Institute.
- Participation in programs presented by the California Center for Judicial Education and Research.
- The Director's annual report to municipal and superior courts.
- Acquainting professionals in the criminal justice and judicial system regarding the programs and services available to persons committed to the Department as civil narcotic addicts as an alternative to commitment as a felon.

In accordance with the provisions of DOM 13020, Wardens may invite professionals of the judicial system into facilities to observe operations and activities and gain first-hand, up-to-date knowledge about the programs and services available to inmates.

### 14010.25 Revisions

The Deputy Director, LAD, or designee shall be responsible for ensuring that the contents of this section are kept current and accurate.

### 14010.26 References

CC §§ 1185 and 1798, et seq.

CCP §§ 415 et seq., and 2015.5.

EC §§ 1043 and 1046.

GC §§ 3300, et seq.

PC §§ 832.7, 832.8, 1170(d), 1203.03, 1328, and 1328.5.

18 USC 1746.